**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: _____

DENARII SYSTEMS, LLC,

    Plaintiff,

vs.

OMAR ARAB and
GREYNIER FUENTES,

    Defendants.
_____/

## NOTICE OF REMOVAL

Please take notice that defendants, Omar Arab and Greynier Fuentes ("Arab and Fuentes" or "Defendants") hereby remove the civil action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, case number 12-42713-CA-05, to the United States District Court for the Southern District of Florida. Defendants will promptly file a Notice of this Removal with the Clerk of Miami-Dade County and serve Notice on all parties.

## GROUNDS FOR REMOVAL JURISDICTION

1. Pursuant to 28 U.S.C. § 1446, Arab and Fuentes invoke this District Court's jurisdiction under 28 U.S.C. § 1441, 28 U.S.C. § 1331, and 28 U.S.C. § 1367.

2. On October 30, 2012, Denarii Systems, LLC ("Denarii"), filed a Complaint against Arab and Fuentes in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County. A copy of the original Complaint is attached to this Notice as Exhibit 1.

3. In the Complaint, Denarii alleges that Mr. Fuentes and Mr. Arab have access to – and "continue to withhold" – usernames and passwords for Denarii's computer database and

network. (Compl. ¶ 29.) Denarii alleges that as a result of this alleged retention of passwords and account information, it cannot access parts of its network. In addition, Denarii alleges that Mr. Fuentes and Mr. Arab have maintained access to a DropBox folder containing "critical documentation" developed by and belonging to Denarii. (Compl. ¶ 30.)

4. The Complaint asserts causes of action for (1) violation of §688, Fla. Stat. (Florida's Uniform Trade Secrets Act); (2) violation of 18 U.S.C. § 1030 (Computer Fraud and Abuse Act); (3) violation of 18 U.S.C. §§ 2701 and 2707 (Stored Communications Act); and (4) injunctive relief.

5. Because Denarii bases counts II and III of its claim upon violations of federal law, specifically 18 U.S.C. §§ 1030, 2701, and 2707, this Court has original jurisdiction under 28 U.S.C. § 1331.

6. All of Denarii's claims and request for injunctive relief center on its allegations that Mr. Fuentes and Mr. Arab have retained access to key network information, accounts, and documents. As such, all counts arise out of the same set of facts and are so related that they form the same case or controversy. Therefore, this Court has supplemental jurisdiction over counts I and IV pursuant to 28 U.S.C. § 1367.

7. Denarii first began serving the defendants on October 30, 2012, the day on which Mr. Fuentes received a copy of the Summons and Complaint. As a result, removal pursuant to 28 U.S.C. § 1446(b) is timely because this Notice of Removal is filed within thirty days of Fuentes receiving the Complaint, the pleading under which the Defendants "first [] ascertained that the case is on which is or has become removable." A copy of the Summons is attached to this Notice as Exhibit 2.

8. Venue in this District is proper under 28 U.S.C. § 1441 because this District includes the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, the forum in which the removed action was pending.

9. After filing this Notice of Removal with this Court, the removing defendants will promptly file a copy of the same with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County. Additionally, the removing defendants will serve written notice of this Notice of Removal on counsel for Denarii in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, the defendants respectfully request that all causes of action herein referred to proceed in this Court as a fully removed action.

Dated: November 29, 2012

By: /s Quinn Smith
Rodney Quinn Smith, Fla. Bar No. 59523
e-mail: quinn.smith@smintlaw.com
Kristin Drecktrah, Fla. Bar No. 91026
e-mail: kristin.drecktrah@smintlaw.com
Smith International Legal Consultants, P.A.
175 SW 7th Street
Suite 2110
Miami, Florida 33130
Telephone: (305) 856-7723
Fax: (786) 220-8265
Attorneys for Petitioners,
Greynier Fuentes & Omar Arab

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 29, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

Adam Hall  
Hall, Lamb and Hall, P.A.  
Attorneys for Plaintiff  
2665 South Bayshore Drive, PH1  
Miami, Florida 33133  

                                                             /s/ Quinn Smith