



Esmeralda 740 piso 10
CABA-Argentina

| | E |
|---|---|
| | Factura Tipo |
| Nº FAC.: | 00028 |
| FECHA: | 27-feb-12 |

| Co. | Denarii Systems | CIUDAD: | Miami Beach |
|---|---|---|---|
| At: | Omar Arab - CIO | Cod: | FL 33139 |
| DOMICILIO: | 404 Washington Av. - Suite 620 | | |
| E-MAIL: | | | |

| Cantidad | Ref. | Denominacion | Precio/unidad | Total |
|---|---|---|---|---|
| 1 | | Project Manager | | 3.500,00 U$S |
| 1 | | Sr. Data Base | | 7.000,00 U$S |

| Vencimiento | Base imponible | % Iva | Importe Iva | Total Factura |
|---|---|---|---|---|
| 27-feb-12 | 10.500,00 U$S | 0% | 0,00 U$S | 10.500,00 U$S |

(*) es importe deberá ser depositado o tranferido a:

Swift : WFBIUS6S
ABA : 121000248
Wells Fargo Bank N.A.
420 Montgomer San Francisco CA 94104
# de cuenta
Alberto D Padin






**OPTIMUS**
CONSULTING SERVICES

Esmeralda 740 piso 10
CABA-Argentina

| | | E |
|---|---|---|
| | | Factura Tipo |
| Nº FAC.: | | 32 |
| FECHA: | | 30-mar-12 |

| Co. | Denarii Systems | CIUDAD: | Miami Beach |
|---|---|---|---|
| At: | Omar Arab - CIO | Cod: | FL 33139 |
| DOMICILIO: | 404 Washington Av. - Suite 620 | | |
| E-MAIL: | | | |

| Cantidad | Ref. | Denominación | Precio/unidad | Total |
|---|---|---|---|---|
| 1 | | Project Manager | | 3.500,00 U$S |
| 1 | | Sr. Data Base | | 7.000,00 U$S |

| Vencimiento | Base imponible | % Iva | Importe Iva | Total Factura |
|---|---|---|---|---|
| 30-mar-12 | 10.500,00 U$S | 0% | 0,00 U$S | 10.500,00 U$S |

(*) es importe deberá ser depositado o transferido a:
  Swift : WFBIUS6S
  ABA : 121000248
  Wells Fargo Bank N.A.
  420 Montgomer San Francisco CA 94104
  # de cuenta ▮▮▮▮▮▮▮▮
  Alberto D Padin



**OPTIMUS CONSULTING SERVICES**

Esmeralda 740 piso 10
CABA-Argentina

| | E |
|---|---|
| | Factura Tipo |
| Nº FAC.: | 35 |
| FECHA: | 30-abr-12 |

| Co. | Denarii Systems | CIUDAD: | Miami Beach |
|---|---|---|---|
| At: | Omar Arab - CIO | Cod: | FL 33139 |
| DOMICILIO: | 404 Washington Av. - Suite 620 | | |
| E-MAIL: | | | |

| Cantidad | Ref. | Denominación | Precio/unidad | Total |
|---|---|---|---|---|
| 1 | | Project Manager | | 3.500,00 U$S |
| 1 | | Sr. Data Base | | 7.000,00 U$S |

| Vencimiento | Base imponible | % Iva | Importe Iva | Total Factura |
|---|---|---|---|---|
| 30-abr-12 | 10.500,00 U$S | 0% | 0,00 U$S | 10.500,00 U$S |

(*) El importe deberá ser depositado o transferido a:
Swift : WFBIUS6S
ABA : 121000248
Wells Fargo Bank N.A.
420 Montgomer San Francisco CA 94104
# de cuenta ▮▮▮▮▮▮▮▮▮▮
Alberto D Padin





**OPTIMUS CONSULTING SERVICES**

Esmeralda 740 piso 10
CABA-Argentina

| | E |
|---|---|
| | Factura Tipo |
| Nº FAC.: | 38 |
| FECHA: | 28-may-12 |

| Co. | Denarii Systems | CIUDAD: | Miami Beach |
|---|---|---|---|
| At: | Omar Arab - CIO | Cod: | FL 33139 |
| DOMICILIO: | 404 Washington Av. - Suite 620 | | |
| E-MAIL: | | | |

| Cantidad | Ref. | Denominación | Precio/unidad | Total |
|---|---|---|---|---|
| 1 | | Project Manager | | 3.500,00 U$S |
| 1 | | Sr. Data Base | | 7.000,00 U$S |

| Vencimiento | Base imponible | % Iva | Importe Iva | Total Factura |
|---|---|---|---|---|
| 31-may-12 | 10.500,00 U$S | 0% | 0,00 U$S | 10.500,00 U$S |

(*) El importe deberá ser depositado o transferido a:
  Swift : WFBIUS6S
  ABA : 121000248
  Wells Fargo Bank N.A.
  420 Montgomer San Francisco CA 94104
  # de cuenta ▬▬▬▬▬▬
  Alberto D Padin



**OPTIMUS CONSULTING SERVICES**

Esmeralda 740 piso 10
CABA-Argentina

| | E |
|---|---|
| | Factura Tipo |
| Nº FAC.: | 41 |
| FECHA: | 26-jun-12 |

| Co. | Denarii Systems | CIUDAD: | Miami Beach |
|---|---|---|---|
| At: | Omar Arab - CIO | Cod: | FL 33139 |
| DOMICILIO: | 404 Washington Av. - Suite 620 | | |
| E-MAIL: | | | |

| Cantidad | Ref. | Denominación | Precio/unidad | Total |
|---|---|---|---|---|
| 1 | | Project Manager | | 3.500,00 U$S |
| 1 | | Sr. Data Base | | 7.000,00 U$S |

| Vencimiento | Base imponible | % Iva | Importe Iva | Total Factura |
|---|---|---|---|---|
| 30-jun-12 | 10.500,00 U$S | 0% | 0,00 U$S | 10.500,00 U$S |

(*) El importe deberá ser depositado o transferido a:

Swift : WFBIUS6S
ABA : 121000248
Wells Fargo Bank N.A.
420 Montgomer San Francisco CA 94104
# de cuenta ▮▮▮▮▮▮▮
Alberto D Padin




POSTED
PAID


**OPTIMUS CONSULTING SERVICES**

Esmeralda 740 piso 10
CABA-Argentina

| | E |
|---|---|
| | Factura Tipo |
| Nº FAC.: | 45 |
| FECHA: | 28-jul-12 |

| Co. | Denarii Systems | CIUDAD: | Miami |
|---|---|---|---|
| At: | Omar Arab - CIO | Cod: | FL 33133 |
| DOMICILIO: | 2601 S. Bayshore Dr. PH 2 | | |
| E-MAIL: | | | |

| Cantidad | Ref. | Denominación | Precio/unidad | Total |
|---|---|---|---|---|
| 1 | | Project Manager | | 3.500,00 U$S |
| 1 | | Sr. Data Base | | 7.000,00 U$S |

POSTED 08/08/12
PAID 08/07/12

| Vencimiento | Base imponible | % Iva | Importe Iva | Total Factura |
|---|---|---|---|---|
| 31-jul-12 | 10.500,00 U$S | 0% | 0,00 U$S | 10.500,00 U$S |

(*) El importe deberá ser depositado o transferido a:
  Swift : WFBIUS6S
  ABA : 121000248
  Wells Fargo Bank N.A.
  420 Montgomer San Francisco CA 94104
  # de cuenta
  Alberto D Padin



**OPTIMUS CONSULTING SERVICES**
Esmeralda 740 piso 10
CABA-Argentina

| | E |
|---|---|
| | Factura Tipo |
| Nº FAC.: | 48 |
| FECHA: | 28-ago-12 |

| Co. | Denarii Systems | CIUDAD: | Miami Beach |
|---|---|---|---|
| At: | Omar Arab - CIO | Cod: | FL 33133 |
| DOMICILIO: | 2601 S. Bayshore Dr. PH 2 | | |
| E-MAIL: | | | |

| Cantidad | Ref. | Denominación | Precio/unidad | Total |
|---|---|---|---|---|
| 1 | | Project Manager | | 3.500,00 U$S |
| 1 | | Sr. Data Base | | 7.000,00 U$S |

POSTED 08/29/12

| Vencimiento | Base imponible | % Iva | Importe Iva | Total Factura |
|---|---|---|---|---|
| **31-ago-12** | 10.500,00 U$S | 0% | 0,00 U$S | 10.500,00 U$S |

(*) El importe deberá ser depositado o transferido a:
Swift : WFBIUS6S
ABA : 121000248
Wells Fargo Bank N.A.
420 Montgomer San Francisco CA 94104
# de cuenta ▬▬▬▬▬▬
Alberto D Padin



**OPTIMUS CONSULTING SERVICES**
PAID 10/03/12

Esmeralda 740 piso 10
CABA-Argentina

| | E |
|---|---|
| | Factura Tipo |
| Nª FAC.: | 51 |
| FECHA: | 28-sep-12 |

| Co. | Denarii Systems | CIUDAD: | Miami Beach |
|---|---|---|---|
| At: | Omar Arab - CIO | Cod: | FL 33133 |
| DOMICILIO: | 2601 S. Bayshore Dr. PH 2 | | |
| E-MAIL: | | | |

| Cantidad | Ref. | Denominación | Precio/unidad | Total |
|---|---|---|---|---|
| 1 | | Project Manager | | 3.500,00 U$S |
| 1 | | Sr. Data Base | | 7.000,00 U$S |

| Vencimiento | Base imponible | % Iva | Importe Iva | Total |
|---|---|---|---|---|
| 30-sep-12 | 10.500,00 U$S | 0% | 0,00 U$S | 10.500,00 U$S |

(*) El importe deberá ser depositado o transferido a:
  Swift : WFBIUS6S
  ABA : 121000248
  Wells Fargo Bank N.A.
  420 Montgomer San Francisco CA 94104
  # de cuenta ▓▓▓▓▓▓
  Alberto D Padin



**OPTIMUS CONSULTING SERVICES**

Esmeralda 740 piso 10
CABA-Argentina

| | E |
|---|---|
| | Factura Tipo |
| Nº FAC.: | 53 |
| FECHA: | 29-oct-12 |

| Co. | Denarii Systems | CIUDAD: | Miami Beach |
|---|---|---|---|
| At: | Ketty Rodriguez | Cod: | FL 33133 |
| DOMICILIO: | 2601 S. Bayshore Dr. PH 2 | | |
| E-MAIL: | | | |

| Cantidad | Ref. | Denominación | Precio/unidad | Total |
|---|---|---|---|---|
| 1 | | Project Manager | | 3.500,00 U$S |
| 1 | | Sr. Data Base | | 7.000,00 U$S |

POSTED 11/06/12

| Vencimiento | Base imponible | % Iva | Importe Iva | Total |
|---|---|---|---|---|
| 30-oct-12 | 10.500,00 U$S | 0% | 0,00 U$S | 10.500,00 U$S |

(*) El importe deberá ser depositado o transferido a:

Swift : WFBIUS6S
ABA : 121000248
Wells Fargo Bank N.A.
420 Montgomer San Francisco CA 94104
# de cuenta
Alberto D Padin