# Blit Technologies

P.O. BOX 12354
Miami, FL 33125
Phone: (786) 390-3768
Fax: 1 (866) 323-8967

DATE: March 19, 2012
INVOICE #: 55431995

FOR: Microsoft Licensing

BILL TO: Greynier Fuentes
Denarii Systems LLC
404 Washington Ave. Suite 620
Miami Beach, FL 33139
Phone: (305) 503-3105

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| **Licensing Package** (Includes both Office and Datacenters) | | $ 62,573.00 |
| Microsoft Office Professional Plus 2010 | | |
| Microsoft Project Professional 2010 | | |
| Microsoft Visio Professional 2010 | | |
| Microsoft Business Contact Manager 2010 | | |
| Microsoft MapPoint North America 2011 or Microsoft MapPoint Europe 2010 | | |
| Microsoft Lync Server 2010 Standard | | |
| Microsoft Exchange Server 2010 Standard | | |
| Microsoft Forefront Threat Management Gateway 2010 Standard | | |
| Microsoft SharePoint Server 2010 Enterprise | | |
| Microsoft SQL Server 2008 R2 Enterprise | | |
| Windows 7 Ultimate | | |
| Windows Server 2008 R2 Enterprise | | |
| Microsoft Team Foundation Server | | |
| Microsoft Dynamics CRM Workgroup Server 2011 | | |
| Microsoft Visual Studio 2010 Ultimate | | |
| | SUBTOTAL | $ 62,573.00 |
| | TAX RATE | |
| | SALES TAX | $ - |
| | OTHER | - |
| | **TOTAL** | $ 62,573.00 |

Make all checks payable to **Blit Technologies**. If you have any questions concerning this invoice, contact Yohan Sanders, (786) 390-3768, yohan.sanders@blittechnologies.com


EXHIBIT Composite A

# Blit Technologies

P.O. BOX 12354  
Miami, FL 33125  
Phone: (786) 390-3768  
Fax: 1 (866) 323-8967

DATE: June 17, 2012  
INVOICE #: 105875435  
FOR: C# .Net Developer  

BILL TO:  
Omar Arab  
Denarii Systems LLC  
404 Washington Ave. Suite 620  
Miami Beach, FL 33139  
Phone: (305) 503-3104

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| **C# .Net Developer work from 5/21/2012 TO 6/17/2012** | $ | 5,440.00 |
| Twenty hours per week @ $68/hr. | | |

| | | |
|---|---|---|
| SUBTOTAL | $ | 5,440.00 |
| TAX RATE | | |
| SALES TAX | $ | - |
| OTHER | | - |
| **TOTAL** | $ | 5,440.00 |

Make all checks payable to **Blit Technologies**. If you have any questions concerning this invoice, contact Blit, (786) 390-3768, billing@blittechnologies.com

**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**Blit Technologies**

P.O. BOX 12354  
Miami, FL 33125  
Phone: (786) 390-3768  
billing@blittechnologies.com

INVOICE NO. 105878134  
DATE July 5, 2012  
CUSTOMER ID

TO  
Omar Arab  
Denarii Systems  
2601 S. Bayshore Dr. PH 2  
Coconut, FL 33133  
(305) 503-3104



| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Yohan Sanders | | Due upon receipt. | |

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 40.00 | C# .Net Developer work from 6/18/2012 TO 7/1/2012 | $ 68.00 | $ 2,720.00 |

SUBTOTAL $ 2,720.00  
SALES TAX  
TOTAL $ 2,720.00

Make all payments via wire transfer to Blit Technologies  
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

**Blit Technologies**

P.O. BOX 12354
Miami, FL 33125
Phone: (786) 390-3768
billing@blittechnologies.com

| | |
|---|---|
| INVOICE NO. | 105878456 |
| DATE | July 5, 2012 |
| CUSTOMER ID | |

TO: Omar Arab
Denarii Systems
2601 S. Bayshore Dr. PH 2
Coconut, FL 33133
(305) 503-3104

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Yohan Sanders | | 50% upfront, 50% due on completion. | |

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1.00 | Exchange Server 2010 setup and configuration. | $ 9,500.00 | $ 9,500.00 |
| 1.00 | Discount on Exchange Server 2010 setup and configuration. | (1,500.00) | (1,500.00) |
| 1.00 | SharePoint 2010 setup and configuration. | 9,800.00 | 9,800.00 |
| 1.00 | Discount on SharePoint 2010 setup and configuration. | (1,800.00) | (1,800.00) |
| | | SUBTOTAL | $ 16,000.00 |
| | | SALES TAX | |
| | | TOTAL | $ 16,000.00 |

Make all payments via wire transfer to Blit Technologies
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

**Blit Technologies**

Miami, FL 33125
Phone: (786) 390-3768
billing@blittechnologies.com

INVOICE NO. 1058789103
DATE July 27, 2012
CUSTOMER ID

PAID 08/21/2012

TO    Omar Arab
      Denarii Systems
      2601 S. Bayshore Dr. PH 2
      Coconut, FL 33133
      (305) 503-3104

POSTED 03/07/12

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Yohan Sanders | | Due upon receipt. | |

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 20.00 | C# .Net Developer work from 7/16/2012 TO 7/22/2012 | $ 68.00 | $ 1,360.00 |
| | | SUBTOTAL | $ 1,360.00 |
| | | SALES TAX | |
| | | TOTAL | $ 1,360.00 |

Make all payments via wire transfer to Blit Technologies
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

## Blit Technologies

PAID 08/21/2012

Miami, FL 33125
Phone: (786) 390-3768
billing@blittechnologies.com

INVOICE NO. 1058781063
DATE August 14, 2012
CUSTOMER ID

TO
Omar Arab
Denarii Systems
2601 S. Bayshore Dr. PH 2
Coconut, FL 33133
(305) 503-3104

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Yohan Sanders | | Due upon receipt. | |

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 34.00 | Development work of the Denarii Website | $ 55.00 | $ 1,870.00 |

| | |
|---|---|
| SUBTOTAL | $ 1,870.00 |
| SALES TAX | |
| TOTAL | $ 1,870.00 |

Make all checks payable to Blit Technologies
**THANK YOU FOR YOUR BUSINESS!**