

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| DENARII SYSTEMS, LLC | CASE NUMBER:  12-24239 CIV-O'SULLIVAN |

DENARII SYSTEMS, LLC

      Plaintiff,

vs.

OMAR ARAB, GREYNIER FUENTSTS,
and FRANK ALVAREZ, individuals, and
BLIT TECHNOLOGIES CORP., a Florida
corporation

      Defendant.

_____/

### Mediator's Report

COMES NOW the undersigned JAMS mediator/neutral who reports to the Court that the parties mediated the above-captioned case.  The mediator/neutral reports that:

Mediation conference was conducted on August 2, 2013.

Present on behalf of Plaintiff were Adam Hall, Esq., and Colleen Smerygage and Plaintiff's authorized representatives Maritza Lyngoed and Adrian Zilkowski; and Edward Mullins, Esq., counsel for Defendant Blit Technologies Corp., co-counsel Roger Kruze, Esq., and authorized representative of Blit Technologies Corp. Ernesto Perez; and Rodney Quinn, Esq. and Kristin Delktral, Esq., on behalf of Defendants Greynier Fuentes, Frank Alvarez, and Omar Arab.

The case was COMPLETELY SETTLED between Plaintiff and Defendant Blit Technologies Corp. The other Defendants remain in the case.

*Carol Cope*

Carol Soret Cope, Esq.
Florida Bar # 312347
JAMS Resolution Experts
August 15, 2013

Copies furnished to:
All counsel of Record
Clerk of the Court
Courtesy Copy to Judge