UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-24239-CIV-O'SULLIVAN
[CONSENT]

DENARII SYSTEMS, LLC,
    Plaintiff,

v.

OMAR ARAB, GREYNIER FUENTES
FRANK ALVAREZ and BLIT
TECHNOLOGIES CORPORATION,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Mediator's Report (DE# 85, 8/20/13) filed by mediator Carol Soret Cope, Esq. Having been advised that the case was settled between the plaintiff and defendant Blit Technologies Corporation, it is

ORDERED AND ADJUDGED that on or before **Friday, September 13, 2013**, the parties shall file a stipulation and proposed order of dismissal with the Court with respect to defendant Blit Technologies Corporation. If the parties would like the Court to retain jurisdiction to enforce the settlement terms, they should file a stipulation that comports with the requirements of <u>Anago Franchising v. Shaz, LLC</u>, 677 F.3d 1272, 1280 (11th Cir. 2012). The failure to comply with this Order may result in the dismissal of Blit Technologies Corporation with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida this **30th** day of August, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record