UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-24239-CIV-O'SULLIVAN

| | |
|---|---|
| DENARII SYSTEMS, LLC | ) |
| Plaintiff, | ) |
| vs. | ) |
| OMAR ARAB, GREYNIER FUENTES, FRANK ALVAREZ, and BILT TECHNOLOGIES CORP., | ) |
| Defendants | ) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately, the mailing address for the undersigned, counsel for FRANK ALVAREZ, will be:

> LAW OFFICE OF RICK YABOR, P.A.
> 2200 South Dixie Highway
> Suite 704
> Coconut Grove, FL 33133
> Telephone: (305) 322-5617
> E-mail: rick.yabor@yaborlaw.com

It is respectfully requested that this Court and all counsel and parties to this matter make the appropriate changes to their mailing records and/or Certificate of Service to reflect the new address of the firm.

Respectfully submitted,

**LAW OFFICE OF RICK YABOR, P.A.**
2200 South Dixie Highway
Suite 704
Coconut Grove, FL 33133
Telephone: (305) 322-5617
E-mail: rick.yabor@yaborlaw.com


BY:   /s/ Rick Yabor
   **RICK L. YABOR**.
   Florida Bar No: 191019

CASE NO: 12-24239-CIV-O'SULLIVAN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via CMF/ECF, on this 30th day of September, 2013.

**LAW OFFICE OF RICK YABOR, P.A.**
2200 South Dixie Highway
Suite 704
Coconut Grove, FL 33133
Telephone: (305) 322-5617
E-mail: rick.yabor@yaborlaw.com


BY:   /s/ Rick Yabor
**RICK L. YABOR**.
Florida Bar No: 191019
**MAURICIO PADILLA**
Florida Bar No. 556491

LAW FIRM OF RICK YABOR, P.A.
(305) 322-5617   TELEPHONE
RICK.YABOR@YABORLAW.COM

Page 2 of  2

2200 SOUTH DIXIE HIGHWAY
SUITE 703
COCONUT GROVE, FL 33133