UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-24239-CIV-O'SULLIVAN

DENARII SYSTEMS, LLC,

    Plaintiff,

v.

OMAR ARAB, GREYNIER FUENTES,
and FRANK ALVAREZ, individuals,
and BLIT TECHNOLOGIES CORP.,
a Florida corporation,

    Defendants.
_____/

## CORRECTED FINAL JUDGMENT AGAINST BLIT TECHNOLOGIES CORP.

THIS CAUSE, having come before the Court on Plaintiff's Verified Motion for Default Judgment against Blit Technologies Corp., and the Court, having reviewed the Motion and record, having been apprised of Plaintiff Denarii Systems LLC and Defendant Blit Technologies' Corp. August 2, 2013 Confidential Settlement Agreement, and being otherwise duly advised,

**IT IS HEREBY ADJUDGED** that Judgment is entered in favor of Denarii Systems, LLC, 2601 S. Bayshore Drive, PH2, Miami, Florida 33133, and against Blit Technologies Corp., 1275 W. 47th Place, Suite 339, Hialeah, FL 33012, in the amount of $50,000, plus post-judgment interest to accrue at the statutory rate.

FOR WHICH LET EXECUTION ISSUE.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 10 day of October, 2013.

                                              JOHN J. O'SULLIVAN
                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
*All Counsel of Record*

{10341/00325240.3}