" E "    FACTURA E0001-00000229

Cod.Cpte 19

"IVA EXENTO OPERACIONES DE EXPORTACION DE EXPORTACION

Nº 0001-00000229



**CDA** TECNOLOGIA

CDA Tecnología Informática S.A.
Callao 225 2° pl. "F" (C1022AAC) Buenos Aires Argentina
Tel: (54-11) 4372-0603

CODIGO
Nº 19

| | |
|---|---|
| Fecha | ORIGINAL |
| | 30 /11 /2011 |
| CUIT | 30-68156572-9 |
| Ingresos Brutos | 901-194966-3 |
| Inicio de Actividades | 09/06/97 |

IVA Responsable Inscripto

Señor/es:    Denarii Systems LLC

Domicilio:    404 Washington Av. Suite 620.
33139- Miami Beach, FL

IVA:    IVA Exento        CUIT    55000002126

Condiciones de Venta:    10 días fecha factura (10FF)   vto.  10/12/2011

JURISDICCION: 1 - C.A.B.A.                    CODIGO: 04 - 2002

NOTA DE PEDIDO:

| Código | Descripción | Cantidad | P.Unit | Importe |
|---|---|---|---|---|
| 491 | Servicio de desarrollo para proyecto ISSUIN@Plataforma Denarii | 1.00 | 40.680,00 | |

Total Octubre 2011: USD 8,280.00
Total Noviembre 2011: USD 32,400.00

Banco corresponsal: STANDARD CHARTERED BANK, New York, USA
Código Swift: SCBL US 33 ABA 0260-0256-1
Nº de cuenta del Banco Galicia: ███████
Código Swift Banco Galicia: GABAARBA
Nº de Cuenta CDA en Banco Galicia: ███████

Tipo de cambio a los fines fiscales:$    4.2600 DOLARES

| | | |
|---|---|---|
| Subtotal: | 1.00 | 40680.00 |
| Total Gravado | | 0.00 |
| Total Exento | | 40.680,00 |
| Subtotal | | 40.680,00 |
| IVA TASA 4 | | |
| Total Factura E U$S | | 40.680,00 |

Son U$S   CUARENTA MIL SEISCIENTOS OCHENTA.

| | |
|---|---|
| Subtotal | |
| Impuesto | |
| Total | |

PLAINTIFF'S
EXHIBIT
Composite C

3069156572915060130500011618123732

Impreso en: Gráfica Tornar S.R.L. • 5245-0640 • Fax: ROVE 1728 •
Habil. Exp. Nº 9669/2008 • Del Nº L0001-00000151 al 0001-00000...
ORIGINAL BLANCO - DUPLICADO COLOR

CAI N 30003111611833
Fecha Vto.: 08/01/2013

# CDA

## Informe de Facturación Mensual

| Responsable Servicio | Rodolfo Martínez |
|---|---|
| Cliente | Denarii |
| Caso de Negocio | CN-0491 |
| Proyecto CDA | DENARII-491 |
| Período | nov-2011 |

Se factura en USD por CDA TI

| # | Período de Facturación | N° FC | Cód. Ley | Responsable | Líder | Descripción de la FC | Hs | Importe uSs | Observaciones |
|---|---|---|---|---|---|---|---|---|---|
| > | octubre - 11 | E 229 | 2002 | Omar Arab | Meneses, Carlos | Servicio de desarrollo para proyecto ISSUING Plataforma Denarii | 184 | 8280 | VH: USD 45<br>Fc E en USD<br>184 hs por Oct-11 |
| > | noviembre - 11 | | | Omar Arab | Meneses, Carlos | Servicio de desarrollo para proyecto ISSUING Plataforma Denarii | 720 | 32400 | VH: USD 45<br>Fc E en USD<br>720 hs por Nov-11 |
| | | | | | | | | 40680 | |

|  | Semana 0 Oct 17 - Oct 21 | Semana 1 Oct 24 - Oct 28 | Semana 2 Oct-31 |
|---|---|---|---|
| Arturo Vázquez |  | 40 | 8 |
| Federico Aguirre |  | 40 | 8 |
| Carlos Meneses | 40 | 40 | 8 |
| Total por semana | 40 | 120 | 24 |

| Octubre | 40 | 120 | 24 |
|---|---|---|---|

| Octubre | 184 |
|---|---|

**Arturo Vázquez**

| | | Hrs. |
|---|---|---|
| Octubre 24, 2011 | lunes | 8 |
| Octubre 25, 2011 | martes | 8 |
| Octubre 26, 2011 | miércoles | 8 |
| Octubre 27, 2011 | jueves | 8 |
| Octubre 28, 2011 | viernes | 8 |
| Semana 24 - 28 | | 40 |
| Octubre 31, 2011 | lunes | 8 |
| Semana 31 | | 8 |

## Federico Aguirre

| | | Hrs. |
|---|---|---|
| Octubre 24, 2011 | lunes | 8 |
| Octubre 25, 2011 | martes | 8 |
| Octubre 26, 2011 | miércoles | 8 |
| Octubre 27, 2011 | jueves | 8 |
| Octubre 28, 2011 | viernes | 8 |
| Semana 24 - 28 | | 40 |
| Octubre 31, 2011 | lunes | 8 |
| Semana 31 | | 8 |

## Carlos Meneses

| | | Hrs. |
|---|---|---|
| Octubre 17, 2011 | lunes | 8 |
| Octubre 18, 2011 | martes | 8 |
| Octubre 19, 2011 | miércoles | 8 |
| Octubre 20, 2011 | jueves | 8 |
| Octubre 21, 2011 | viernes | 8 |
| Semana 17 - 21 | | 40 |
| Octubre 24, 2011 | lunes | 8 |
| Octubre 25, 2011 | martes | 8 |
| Octubre 26, 2011 | miércoles | 8 |
| Octubre 27, 2011 | jueves | 8 |
| Octubre 28, 2011 | viernes | 8 |
| Semana 24 - 28 | | 40 |
| Octubre 31, 2011 | lunes | 8 |
| Semana 31 | | 8 |

| | Semana 1 | Semana 2 | Semana 3 | Semana 3 | Semana 4 |
|---|---|---|---|---|---|
| | Nov 1 - Nov 4 | Nov 7 - Nov 11 | Nov 14 - Nov 18 | Nov 21 - Nov 25 | Nov 28 - Nov 30 |
| Arturo Vázquez | 32 | 40 | 40 | 40 | 24 |
| Federico Aguirre | 32 | 40 | 40 | 40 | 24 |
| Carlos Meneses | 32 | 40 | 40 | 40 | 24 |
| Ángel Estrada | -------------- | -------------- | 40 | 40 | 24 |
| Luis Cruz | -------------- | -------------- | -------------- | 40 | 24 |
| Alberto Ibarra | -------------- | -------------- | -------------- | -------------- | 24 |

| Total por semana | 96 | 120 | 160 | 200 | 144 |
|---|---|---|---|---|---|

| Noviembre | 96 | 120 | 160 | 200 | 144 |
|---|---|---|---|---|---|

| Noviembre | 720 |
|---|---|

# Arturo Vázquez

| | | Hrs. |
|---|---|---|
| Noviembre 1, 2011 | martes | 8 |
| Noviembre 2, 2011 | miércoles | 8 |
| Noviembre 3, 2011 | jueves | 8 |
| Noviembre 4, 2011 | viernes | 8 |
| **Semana 31 - 4** | | **32** |
| Noviembre 7, 2011 | lunes | 8 |
| Noviembre 8, 2011 | martes | 8 |
| Noviembre 9, 2011 | miércoles | 8 |
| Noviembre 10, 2011 | jueves | 8 |
| Noviembre 11, 2011 | viernes | 8 |
| **Semana 7 - 11** | | **40** |
| Noviembre 14, 2011 | lunes | 8 |
| Noviembre 15, 2011 | martes | 8 |
| Noviembre 16, 2011 | miércoles | 8 |
| Noviembre 17, 2011 | jueves | 8 |
| Noviembre 18, 2011 | viernes | 8 |
| **Semana 14 - 18** | | **40** |
| Noviembre 21, 2011 | lunes | 8 |
| Noviembre 22, 2011 | martes | 8 |
| Noviembre 23, 2011 | miércoles | 8 |
| Noviembre 24, 2011 | jueves | 8 |
| Noviembre 25, 2011 | viernes | 8 |
| **Semana 21 - 25** | | **40** |
| Noviembre 28, 2011 | lunes | 8 |
| Noviembre 29, 2011 | martes | 8 |
| Noviembre 30, 2011 | miércoles | 8 |
| **Semana 28 - 30** | | **24** |

# Federico Aguirre

| | | Hrs. |
|---|---|---|
| Noviembre 1, 2011 | martes | 8 |
| Noviembre 2, 2011 | miércoles | 8 |
| Noviembre 3, 2011 | jueves | 8 |
| Noviembre 4, 2011 | viernes | 8 |
| **Semana 31 - 4** | | **32** |
| Noviembre 7, 2011 | lunes | 8 |
| Noviembre 8, 2011 | martes | 8 |
| Noviembre 9, 2011 | miércoles | 8 |
| Noviembre 10, 2011 | jueves | 8 |
| Noviembre 11, 2011 | viernes | 8 |
| **Semana 7 - 11** | | **40** |
| Noviembre 14, 2011 | lunes | 8 |
| Noviembre 15, 2011 | martes | 8 |
| Noviembre 16, 2011 | miércoles | 8 |
| Noviembre 17, 2011 | jueves | 8 |
| Noviembre 18, 2011 | viernes | 8 |
| **Semana 14 - 18** | | **40** |
| Noviembre 21, 2011 | lunes | 8 |
| Noviembre 22, 2011 | martes | 8 |
| Noviembre 23, 2011 | miércoles | 8 |
| Noviembre 24, 2011 | jueves | 8 |
| Noviembre 25, 2011 | viernes | 8 |
| **Semana 21 - 25** | | **40** |
| Noviembre 28, 2011 | lunes | 8 |
| Noviembre 29, 2011 | martes | 8 |
| Noviembre 30, 2011 | miércoles | 8 |
| **Semana 28 - 30** | | **24** |

## Carlos Meneses

| | | Hrs. |
|---|---|---|
| Noviembre 1, 2011 | martes | 8 |
| Noviembre 2, 2011 | miércoles | 8 |
| Noviembre 3, 2011 | jueves | 8 |
| Noviembre 4, 2011 | viernes | 8 |
| Semana 31 - 4 | | 32 |
| Noviembre 7, 2011 | lunes | 8 |
| Noviembre 8, 2011 | martes | 8 |
| Noviembre 9, 2011 | miércoles | 8 |
| Noviembre 10, 2011 | jueves | 8 |
| Noviembre 11, 2011 | viernes | 8 |
| Semana 7 - 11 | | 40 |
| Noviembre 14, 2011 | lunes | 8 |
| Noviembre 15, 2011 | martes | 8 |
| Noviembre 16, 2011 | miércoles | 8 |
| Noviembre 17, 2011 | jueves | 8 |
| Noviembre 18, 2011 | viernes | 8 |
| Semana 14 - 18 | | 40 |
| Noviembre 21, 2011 | lunes | 8 |
| Noviembre 22, 2011 | martes | 8 |
| Noviembre 23, 2011 | miércoles | 8 |
| Noviembre 24, 2011 | jueves | 8 |
| Noviembre 25, 2011 | viernes | 8 |
| Semana 21 - 25 | | 40 |
| Noviembre 28, 2011 | lunes | 8 |
| Noviembre 29, 2011 | martes | 8 |
| Noviembre 30, 2011 | miércoles | 8 |
| Semana 28 - 30 | | 24 |

## Angel Estrada

| | | Hrs. |
|---|---|---|
| Noviembre 14, 2011 | lunes | 8 |
| Noviembre 15, 2011 | martes | 8 |
| Noviembre 16, 2011 | miércoles | 8 |
| Noviembre 17, 2011 | jueves | 8 |
| Noviembre 18, 2011 | viernes | 8 |
| Semana 14 - 18 | | 40 |
| Noviembre 21, 2011 | lunes | 8 |
| Noviembre 22, 2011 | martes | 8 |
| Noviembre 23, 2011 | miércoles | 8 |
| Noviembre 24, 2011 | jueves | 8 |
| Noviembre 25, 2011 | viernes | 8 |
| Semana 21 - 25 | | 40 |
| Noviembre 28, 2011 | lunes | 8 |
| Noviembre 29, 2011 | martes | 8 |
| Noviembre 30, 2011 | miércoles | 8 |
| Semana 28 - 30 | | 24 |

## Luis Cruz

| | | Hrs. |
|---|---|---|
| Noviembre 21, 2011 | lunes | 8 |
| Noviembre 22, 2011 | martes | 8 |
| Noviembre 23, 2011 | miércoles | 8 |
| Noviembre 24, 2011 | jueves | 8 |
| Noviembre 25, 2011 | viernes | 8 |
| Semana 21 - 25 | | 40 |
| Noviembre 28, 2011 | lunes | 8 |
| Noviembre 29, 2011 | martes | 8 |
| Noviembre 30, 2011 | miércoles | 8 |
| Semana 28 - 30 | | 24 |

## Alberto Ibarra

|  |  | Hrs. |
|---|---|---|
| Noviembre 28, 2011 | lunes | 8 |
| Noviembre 29, 2011 | martes | 8 |
| Noviembre 30, 2011 | miércoles | 8 |
| Semana 28 - 30 |  | 24 |



Jan 13, 2012 07:15:22 PM ET
Customer ID: DENAR085
Operator ID: ZMORANTE

Wire Transfer

DENARII SYSTEMS LLC
Detail Wire Transfer Activity Report
From 01/13/2012 Through 01/17/2012

### Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK, N.A.
Debit Account Name: DENARII SYSTEMS

Account Number: ███████████

---

Debit Amount: 40,680.00 USD

Value Date: 01/17/2012

Execution Date: 01/17/2012
Credit Amount: 40,680.00 USD

Template Name:
Freeform
Type: International
Credit Currency: USD

CEO® Tracking Number: 000018

Fed/SWIFT Confirmation Number:
N/A

Foreign Exchange Reference Number:

Transaction Reference Number:

Wire Billing Information:
Charges To: SHA

Status: Queued

---

Beneficiary Account Information:
Account Number: ███████████

Account Name:  CDA TECNOLOGIA
INFORMATICA S.A.

Beneficiary Bank Information:
Bank ID:  GABAARBA
Bank Name:  BANCO DE GALICIA Y
BUENOS AIRES
Bank Address:  TTE. GRAL. JUAN DOMINGO
PERON 407
BUENOS AIRES, AR
Bank Country:  Argentina
Intl. Routing
Code:

Form of Notification:  None

Originator to Beneficiary Information:
Data Not Provided

Internal Reference:  WT 12-02

Originator Information:
Name:  DENARII SYSTEMS LLC
Address: 404 Washington Ave
Suite 620
MIAMI, FL 33139 US
ID / Account Number:

Intermediary Bank Information:
Bank ID:  PNBPUS3NNYC
Bank Name:  WELLS FARGO BANK, N.A.
Bank  (NEW YORK INTERNATIONAL
Address:  BRANCH)
NY 4080
NEW YORK,NY,US

Audit Trail Information:
Created By: COLMA296 January 13, 2012
02:32:46 PM ET.
Verified By: EMOFFLY January 13, 2012
07:13:12 PM ET.
Verify-3 By:
Rejected By: N/A

Last Modified By: ZMORANTE January 13, 2012
06:25:01 PM ET.

Verify-2 By:

Verify-4 By:

---

### Total By Status

|  | Total Debits USD | Total Credits USD | Total Transactions |
|---|---|---|---|
| Status: Queued | 40,680.00 | 0.00 | 1 |
| Grand Total: | 40,680.00 | 0.00 | 1 |

| Privacy, Security & Legal |
© Copyright 2002- 2012 Wells Fargo. All rights reserved.

WT

# CDA
TECNOLOGIA

CDA Tecnologia Informatica S.A.
Callao 255 2° ot. "F" (C1022AAC) Buenos Aires Argentina
Tel : (54-11) 4372-6603

IVA Responsable Inscripto

| | Fecha | ORIGINAL |
|---|---|---|
| | | 30 /12 /2011 |
| CODIGO | CUIT | 30-69159572-9 |
| N 19 | Ingresos Brutos | 901-194966-3 |
| | Inicio de Actividades | 06/06/97 |

Señor/es:  **Denarii Systems LLC**
Domicilio:  404 Washington Av. Suite 620.
33139- Miami Beach, FL
IVA:     IVA Exento      CUIT:  55000002126

Condiciones de Venta: 10 días fecha factura (10EE) vto. 09/01/2012

JURUSDICCION: 1 -C.A.B.A.         CODIG.: 04 -2002

NOTA DE PEDIDO:

| Código | Descripción | Cantidad | P.Unt. | Importe |
|---|---|---|---|---|
| 491 | Servicio de desarrollo para proyecto ISSUING Plataforma Denarii | 1.00 | 38,160.00 | |

Banco corresponsal: STANDARD CHARTERED BANK, New York - USA.
Código Swift: SCBL US 33 ABA 0260-0256-1.
N° de cuenta del Banco Galicia: ███████
Código Swift Banco Galicia: GABAARBA.
N° de Cuenta CDA en Banco Galicia: ███████

Tipo de cambio a los fines fiscales:$    4.2600 DOLARES

Subtotal:                    1.00                 38160.00

Total Gravado                                     0.00

Total Exento                                      38,160.00

Subtotal                                          38,160.00

IVA TASA %

WT # 012-04 QB.

Son U$S  : TREINTA Y OCHO MIL CIENTO SESENTA

Total Factura E  U$S                             38,160.00

| | |
|---|---|
| Subtotal | |
| Impuesto | |
| Total | |

Fecha Vto.: 08/01/2013

# CDA

## Informe de Facturación Mensual

| | |
|---|---|
| Responsable Servicio | Rodolfo Martínez |
| Cliente | Denarii |
| Caso de Negocio | CN-0491 |
| Proyecto CDA | DENARII-491 |
| Periodo | dic-2011 |

Se factura en USD por CDA TI

| # | Periodo de Facturación | N° FC | Cód. Ley | Responsable | Líder | Descripción de la FC | Hs | Importe u$s | Observaciones |
|---|---|---|---|---|---|---|---|---|---|
| 1 | diciembre - 11 | | 2002 | Omar Arab | Meneses, Carlos | Servicio de desarrollo para proyecto ISSUING Plataforma Denarii | 848 | 38160 | VH: USD 45 Fc E en USD 736 hs productivas por Dic-11 312 hs se facturaran 112 en Dic-11, 100 en Eno-12 y 100 en Feb-12 |
| | | | | | | | | 38160 | |

| Semana 3 | Semana 4 | Semana 5 |
|:---:|:---:|:---:|
| Dic 12 - Dic 16 | Dic 19 - Dic 23 | Dic 26 - Dic 30 |
| 40 | 40 | 40 |
| 40 | 40 | 40 |
| 0 | 32 | 40 |
| 40 | 40 | 40 |
| 0 | 32 | 40 |
| 0 | 32 | 40 |

| 120 | 216 | 240 |
|:---:|:---:|:---:|

| 120 | 216 | 240 |
|:---:|:---:|:---:|

**WELLS FARGO**

Jan 27, 2012 05:22:58 PM ET
Customer ID: DENAR085
Operator ID: COLMA296
Wire Transfer

DENARII SYSTEMS LLC
Detail Wire Transfer Activity Report
From 01/27/2012 Through 01/27/2012

## Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK, N.A.
Debit Account Name: DENARII SYSTEMS

Account Number: ▮▮▮▮▮▮▮

---

Debit Amount: 38,160.00 USD

| | |
|---|---|
| Value Date: 01/27/2012 | Template Name: Freeform |
| Execution Date: 01/27/2012 | Type: International |
| Credit Amount: 38,160.00 USD | Credit Currency: USD |

CEO® Tracking Number: 000020
Fed/SWIFT Confirmation Number: 798188

Foreign Exchange Reference Number:

Transaction Reference Number:
120127118535

Wire Billing Information:
Charges To: SHA

Status: Confirmed

---

Beneficiary Account Information:
Account Number: ▮▮▮▮▮▮

Account Name: CDA TECNOLOGIA INFORMATICA S.A.

Beneficiary Bank Information:
Bank ID: GABAARBA
Bank Name: BANCO DE GALICIA Y BUENOS AIRES
Bank Address: TTE. GRAL. JUAN DOMINGO PERON 407 BUENOS AIRES,AR
Bank Country: Argentina
Intl. Routing Code:

Form of Notification: None

Originator to Beneficiary Information:
Data Not Provided

Originator Information:
Name: DENARII SYSTEMS LLC
Address: 404 Washington Ave
Suite 620
MIAMI, FL 33139 US
ID / Account Number:

Internal Reference: WT 12-04

Intermediary Bank Information:
Bank ID: PNBPUS3NNYC
Bank Name: WELLS FARGO BANK, N.A.
Bank Address: (NEW YORK INTERNATIONAL BRANCH)
NY 4080
NEW YORK,NY,US

Audit Trail Information:
Created By: COLMA296 January 27, 2012 03:40:51 PM ET.
Verified By: EMOFFLY January 27, 2012 05:03:29 PM ET.
Verify-3 By:
Rejected By: N/A

Last Modified By: COLMA296 January 27, 2012 03:40:51 PM ET.

Verify-2 By:

Verify-4 By:

---

### Total By Status

| | Total Debits USD | Total Credits USD | Total Transactions |
|---|---|---|---|
| Status: Confirmed | 38,160.00 | 0.00 | 1 |
| Grand Total: | 38,160.00 | 0.00 | 1 |

| Privacy, Security & Legal |
© Copyright 2002- 2012 Wells Fargo. All rights reserved.

2

"IVA EXENTO OPERACIONES DE EXPORTACION"DE EXPORTACION

**CDA**

Nº 00000238

ORIGINAL
22 /02 /2012

CDA Tecnología Info. de. en SA
Callao 25...
Tel. (5..)-1...

IVA Responsable..

Señores:   Denarii Systems LLC
Domicilio:   404 Washington Av. Suite 620.
              33139- Miami Beach, FL
IVA:     IVA Exento                       55000002126

Condiciones d...   10 días fecha factura (10FF)   vto.  03/03/2012

JURUSDICCION: 1  -C.A.B.A.            CODIG.: 04 -2002

NOTA DE PEDIDO:

| Código | Descripción | Cantidad | P.Unt. | Importe |
|--------|-------------|----------|--------|---------|
| 491 | Servicio de desarrollo para proyecto ISSUING | 1.00 | 43,965.00 | |

Banco Corresponsal: STANDARD CHARTERED BANK, New York- USA
Codigo Swift: SCBL US 33 ABA 0260-0256-1
N° de cuenta del Banco Galicia: ▇▇▇▇▇▇
Codigo Swift Banco Galicia: GABAARBA
N° de cuenta CDA en Banco Galicia : ▇▇▇▇▇▇

Tipo de cambio a los fines fiscales:$    4.3700 DOLARES

| Subtotal: | 1.00 | 43965.00 |
|-----------|------|----------|
| Total Gravado | | 0.00 |
| Total Exento | | 43,965.00 |
| Subtotal | | 43,965.00 |
| IVA TASA % | | |

Son U$S   : CUARENTA Y TRES MIL NOVECIENTOS SESENTA Y CINCO

Total Factura E  U$S    43,965.00

|  | Semana 1 | Semana 2 | Semana 3 | Semana 4 | Semana 5 |
|  | Ene 2 - Ene 6 | Ene 9 - Ene 13 | Ene 16 - Ene 20 | Ene 23 - Ene 27 | Ene 30 - Ene 31 |
|---|---|---|---|---|---|
| Arturo Vázquez | 40 | 40 | 40 | 40 | 16 |
| Carlos Meneses | 40 | 40 | 40 | 40 | 16 |
| Ángel Estrada | 40 | 40 | 40 | 40 | 16 |
| Luis Cruz | 40 | 40 | 40 | 40 | 16 |
| Alberto Ibarra | 40 | 40 | 40 | 40 | 16 |
| Michel Castillo | 40 | 40 | 40 | 40 | 16 |
| **Total por semana** | 240 | 240 | 240 | 240 | 96 |
| **Diciembre** | 240 | 240 | 240 | 240 | 96 |

| Facturables | |
|---|---|
| Diciembre | 1056 |



# CDA

## Informe de Facturación Mensual

| | |
|---|---|
| **Responsable Servicio** | Rodolfo Martínez |
| **Cliente** | Denari |
| **Caso de Negocio** | CN-0491 |
| **Proyecto CDA** | DENARI/I-491 |
| **Periodo** | ene-2012 |

Se factura en USD por CDA TI

| # | Período de Facturación | Nº FC | Cód. Ley | Responsable | Líder | Descripción de la FC | Hs | Importe u$s | Observaciones |
|---|---|---|---|---|---|---|---|---|---|
| | enero - 12 | E 238 | 2002 | Omar Arab | Menoces, Carlos | Servicio de desarrollo para proyecto ISSUING Plataforme Denari | 977 | 43905 | VH: USD 45<br>Fc E en USD<br>Se facturan 977 hs |

# Wire Transfer Services
# Outgoing Wire Transfer Request



A customer or team member, with the customer present, completes this form when requesting to send a wire. Outgoing wires can only be sent for Wells Fargo customers. Retain the original copy and provide a copy to the customer ensuring you give the customer the Agreement for Outgoing Wire Transfer Request (page 2 when form is accessed on-line & preprinted on the back of printed forms). Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See back (page 2) for explanations of the Mexican CLABE account, the SWIFT BIC, the International Routing Code (IRC) and the International Bank Account Number (IBAN). *Required information is noted with an asterisk.

| *Today's Date | *Send Date (if next day submit wire after 4:30 CT. Store must hold if other than today or next day date.) |
|---|---|
| 03/20/2012 | 3/20/2012 |

## 1. Originator's Information

*Customer's Name
**DENARII SYSTEMS LLC**
*Phone Number
786-972-7785

*Customer's *Physical* Address, City, State, Zip Code
404 WASHINGTON AVE STE 620
MIAMI BEACH, FL 33139

*Transfer from Wells Fargo Account No. (Must be checking, savings, market rate, wholesale checking account or 10-digit command account)
*U.S. Dollar Wire Amount
43965.00

International Wire only: When sending in foreign currency, please ensure the beneficiary's account accepts the designated currency.

| Funds to be sent in foreign currency | Foreign Currency Type/Name (SVT/SVP will default to FX unless specified otherwise) | *Currency Code (if known) | *Foreign Currency Amount |
|---|---|---|---|
| ☐ Yes  ☒ No | | | |

## 2. Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds.)

*Beneficiary/Recipient Name
CDA TECNOLOGIA INFORMATICA S.A.

*Beneficiary Account Number, Mexican CLABE # or the International Bank Account Number (IBAN) where applicable:

Beneficiary's *Physical* Address, City, State, Zip Code (A physical address is required for foreign wires)

| Information for the Beneficiary (invoice number, purchase order number, etc.) | Beneficiary Phone Number |
|---|---|
| INVOICE ENERO | |

## 3. Beneficiary Bank Information (This is the financial institution where the beneficiary maintains their account.)

| *Beneficiary Bank RTN or SWIFT Bank Identifier Code (SWIFT BIC) | *International Routing Code (IRC) |
|---|---|
| | |

*Beneficiary Bank Name
BANCO DE GALICIA Y BUENOS AIRES

Beneficiary Bank Address, City, State, Zip, Country (optional information)
TTE. GRAL. JUAN DOMINGO PERON 407  BUENOS AIRES, ARGENTINA

Information for Beneficiary Bank (wires to Mexican banks require the CLABE account number in the Beneficiary instructions to ensure correct payment.)

## 4. Intermediary Bank Information (This is a financial institution that the wire must pass through before reaching the final beneficiary bank.) This section is optional and not required for all wires. Please note that routing may be altered depending on Wells Fargo Bank's correspondent relationships.

| Optional: *Intermediary Beneficiary Bank RTN or SWIFT BIC | International Routing Code (IRC) |
|---|---|
| PNBPUS3NNYC | |

| *Intermediary Bank Name | *Intermediary Bank Account No. |
|---|---|
| WELLS FARGO BANK, N.A. | |

Intermediary Bank Address City, State, Zip, Country (optional information)
NEW YORK INTERNATIONAL BRANCH, NY 4080, NEWYORK, NY

Information for Intermediary Bank

## 5. Wire Fee & Customer Signature (Additional fees from intermediary and beneficiary banks may be charged to international transactions – see Fees Section on page 2 of this form.)

| Wire Fee Amount (the Transfer From account will be charged the fee.) The region that houses the account being debited determines the fee amount. Use the fee information available through Teamworks and/or Banker's Guide. Do not use SVT/SVP for fee when account is not in your region. Additional fees may apply (see page 2 of this form). Contact WBR Store Support for questions regarding Command Fees. | *AU where the Originator's account is located | *Fee Amount |
|---|---|---|
| | 134681 | $45 |

My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions on the second page of this request. Wells Fargo is authorized to rely on the information in this Request in making the requested funds transfer.

| *X | *Date |
|---|---|
| | 03/20/2012 |

## 6. Wells Fargo Use Only – Wells Fargo Approval – Following MUST be completed for ALL outgoing wires.

| International Wire Foreign Currency Information Rate | Contract No. (required when $100,000 or more U.S. $) | FX Trader Contact |
|---|---|---|
| | | |

| *Wire Transaction/FAS Number | *Name on ID used by customer | Method used to verify business acct. transaction authority |
|---|---|---|
| fw-0066125-080-508761 | KELTY C RODRIGUEZ | SVT |

| *1st ID type, number, issued by State/Country & Expiration Date | *2nd ID type, number, issued by State/Country & Expiration Date |
|---|---|
| PASSPORT, 0904821725, ECUADOR0 3/04/2015 | ECUADOR DL, 0904821725, 12/30/2016 |

| *Initiated by and AU # | *First Approval | Second Approval, if applicable |
|---|---|---|
| X | X | X |

## 7. Wires in Process (WIP)

*When Customer's account is not debited, the WIP Account is funded by

☐ Paid by Check  ☐ Paid Cash  ☐ Paid through account other than checking, savings, MRA, TRS or Hogan. Reference Acct #:

| Tax ID Type -- Type & No. are required when customer's account is not debited. | Tax ID No. (If non-citizen provide Alien ID #, Passport # & Country) |
|---|---|
| ☐ Social Security  ☐ TIN  ☐ Non-U.S. Citizen without TIN  ☐ Employer ID | |

## 8. Customer Not Present

# Agreement For Outgoing Wire Transfer Requests

**Responsibility of Wells Fargo.** Wells Fargo is only responsible for making a good faith effort to execute the payment order described in the Outgoing Wire Transfer Request (the "Order"). The Order may be sent by wire, telegraph, telephone, cable, or whatever other transmission method Wells Fargo considers to be reasonable. The Order may be transmitted directly to the Beneficiary Bank, or indirectly to the Beneficiary Bank through another bank, government agency, or other third party that Wells Fargo considers to be reasonable.

**Agent.** Wells Fargo may use agents of its choice to perform any of its obligations.

**Limitation of Liability.** Wells Fargo will not be liable for any loss or damage due to the failure, delay, or error of: (1) the method of transmission selected by Wells Fargo, (2) a third party selected by Wells Fargo to receive the Order, or (3) the Beneficiary Bank. IN NO EVENT WILL WELLS FARGO BE LIABLE FOR DAMAGES ARISING DIRECTLY OR INDIRECTLY IF THE ORDER IS EXECUTED BY WELLS FARGO IN GOOD FAITH AND IN ACCORDANCE WITH THE TERMS OF THIS AGREEMENT. REGARDLESS OF THE FORM OR NATURE OF ANY CLAIM OR ACTION, IN NO EVENT WILL WELLS FARGO BE LIABLE FOR PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES, WHETHER OR NOT WELLS FARGO SHALL HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**Reliance on Information Provided.** Beneficiary Bank may rely solely (i) on the account number of the person ("Beneficiary") who is to receive the wire transfer rather than the Beneficiary's name, and (ii) if provided by you, on the identification number of any other financial institution through or to which the funds are to be transferred, rather than the name of the financial institution.

**International Wire Transfers.** A Payment Order expressed in U.S. Dollars will be sent in U.S. Dollars. Company may request that prior to executing a Payment Order, Wells Fargo convert the amount to be transferred from U.S. Dollars to the currency of a designated foreign government or intergovernmental organization ("Foreign Currency") at Wells Fargo's sell rate for exchange in effect on the date Wells Fargo executes the Payment Order. If the financial institution designated to receive the funds does not pay the beneficiary specified in a Payment Order payable in Foreign Currency and the funds are returned to Wells Fargo, Wells Fargo will not be liable for a sum in excess of the value of the funds after they have been converted from Foreign Currency to U.S. Dollars at Wells Fargo's buy rate for exchange at the time the cancellation of the Payment Order is confirmed by Wells Fargo. Wells Fargo will not be liable for any failure or delay by any financial institution or other third party in the designated foreign country in executing or failing to execute any Payment Order Wells Fargo transmits to a foreign country.

**Refund.** If the Beneficiary Bank does not pay the Beneficiary specified on the Order, a refund will be made only after Wells Fargo has received confirmation of the effective cancellation of the Order and Wells Fargo is in free possession of the funds debited or earmarked in connection with the Order. If the order is payable in Foreign Currency, Wells Fargo will not be liable for a sum in excess of the value of the Order after it has been converted from Foreign Currency to U.S Dollars at Wells Fargo's buying rate for exchange at such time as the cancellation of the Order is confirmed by Wells Fargo.

**Failure to Transfer Proper Amount.** If Wells Fargo is notified that it did not transfer the full amount stated in the Request, Wells Fargo's sole liability will be to promptly execute a second payment Order in the amount of the stated deficiency. If Wells Fargo executes an instruction in excess of the amount stated in the Request, to the extent that the originator does not receive the benefit of the Order, Wells Fargo will only be liable for any loss of the principal amount transferred in excess of the amount stated in the Request instructions. Additionally, Wells Fargo will be liable for the amount of interest the originator has lost due to the transfer of the excess amount, computed at the then current Federal Funds rate. However, Wells Fargo's liability for loss of interest shall be limited to twenty (20) calendar day's interest. This section sets forth Wells Fargo's complete liability for the order issued under this agreement.

**Finality of orders.** The order will be final and will not be subject to stop payment or recall, except that Wells Fargo may, at the originator's request, make an effort to effect such stop payment or recall. In such case, Wells Fargo will incur no liability for its failure or inability to do so.

**Fees.** In addition to the outgoing wire transfer fee, additional fees may apply. Additional fees can include, but are not limited to: an additional fee for bank initiated transactions, amendment fees, statement fees, fees assessed by beneficiary and intermediary banks, etc. On international outgoing wires, if a SWIFT BIC, IRC, IBAN, or CLABE number is not provided the foreign banks may return the wire or assess a surcharge. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments.

**Acts of God.** Wells Fargo is excused for delays or failure to execute the Order to the extent that the delay or failure results from a cause beyond the reasonable control of Wells Fargo.

## Wire Transfer Information

**General Information:** You can NOT have a bank as the final beneficiary, unless the wire is a payment to Wells Fargo (i.e.: mortgage, auto loan, etc.). We are required to know who the money is going to, to ensure the funds are not being used to support terrorist or drug activity. We need an account number for the beneficiary OR a complete physical address. No PO Boxes may be used when no account number is provided for the Beneficiary.

**International Wires:** Wires going to foreign countries require different numbers depending on the receiving foreign country. All wire transfer payments destined for Europe should include the SWIFT Bank Identifier Code (SWIFT BIC), International Routing Code (IRC) as applicable, and for participating countries the beneficiary's International Bank Account Number (IBAN). Mexican banks require a CLABE number in addition to the SWIFT BIC.

1. **SWIFT Bank Identifier Code (SWIFT BIC).** The 8 or 11 character SWIFT BIC is a unique series of alpha numeric characters that help to identify a specific financial institution. The SWIFT BIC should be obtained from the beneficiary. To ensure timely delivery please be sure that international outgoing wires include the SWIFT BIC where applicable.

2. **International Routing Code (IRC):** Some countries throughout the international banking community have created international routing codes, which are used in combination with the SWIFT BIC to aid in routing the payment through a main office to a branch. Each country has a specific name for their routing code (i.e., Sort Code in the United Kingdom, Canadian Payments Association Routing Numbers in Canada). Your beneficiary must provide the international routing code to facilitate receipt of an international payment. Sending a wire without the IRC number can delay the wire, or the receiving bank may return the wire when this number is not included in the payment instructions, and additional fees may be assessed.

3. **International Bank Account Number (IBAN):** The IBAN varies by country/institution. Warning! Only the bank servicing an account can provide the correct IBAN of that account and must be obtained from the beneficiary of the wire. Sending a wire to a participating country without the IBAN can delay the wire, or the receiving bank may return the wire when the IBAN is not included in the payment instructions, and additional fees may be assessed.

Participating Countries that require an IBAN:

| | | | |
|---|---|---|---|
| Albania | French Polynesia | Lithuania | San Marion |
| Andorra | Georgia | Luxembourg | Saudi Arabia |
| Austria | Germany | Macedonia | Serbia |
| Belgium | Gibraltar | Malta | Slovakia Republic |
| Bosnia and Herzegovina | Greece | Martinique | Slovenia |
| Bulgaria | Guadeloupe | Mauritania | Spain |
| Croatia | Hungary | Monaco | Sweden |
| Cyprus | Iceland | Montenegro | Switzerland |
| Czech Republic | Ireland (Republic of) | Netherlands | Tunisia |
| Denmark | Isle of Man | New Caledonia | Turkey |
| Dominican Republic | Italy | Norway | United Arab Emirates |
| Estonia | Kazakhstan | Poland | United Kingdom |
| Finland | Kuwait | Portugal | |
| France | Latvia | Reunion Island | |
| French Guiana | Liechtenstein | Romania | |



# FACTURA

| | |
|---|---|
| Fecha | Mayo 15 2012 - 16:41:39 |
| Serie | A |
| Folio | 665 |
| Aprobación | 794212 |
| Año de Aprobación | 2011 |

**CDA Informática, S.A. de C.V.**
**CIN090221AB7**

EJERCITO NACIONAL No. 418 Int. No. 505
CHAPULTEPEC MORALES
11570, MIGUEL HIDALGO D.F.

POSTED 08/10/12 PAID

**Cliente:**    Denarli Systems LLC

**Domicilio**    404 Washington Av. Suite 620.
33139 Miami Beach, FL

| Cantidad | Descripción | Total |
|---|---|---|
| 1.00 | Servicio de Desarrollo para Proyecto ISSUING     Periodo: Abril 2012 | 29,970.00 |

BANCO RECIBIDOR DEL EXTERIOR: BANCOMER, SA
Código Swift (³): BCMRMXMMPYM ABA:0 2 1 0 0 0 0 2 1
No de Cuenta del Banco Bancomer :

| | |
|---|---|
| SUB TOTAL | 29,970.00 |
| IVA | |
| Total Factura U$$ | 29,970.00 |

| Importe total con letra | Forma de pago |
|---|---|
| VEINTINUEVE MIL NOVECIENTOS SETENTA DóLARES 00/100 , | 10 días fecha factura (10 FF) |

Este documento es una representación impresa de CFD

**Cadena Original**
|[2.0|A|665|2012-05-15T16:41:39|794212|2011|ingreso|PAGO EN UNA SOLA EXHIBICION|29970.00|29970.00|CI N090221AB7|CDA Informática, S.A. de C.V.|EJERCITO NACIONAL|418|505|CHAPULTEPEC MORALES|MEXICO|MIGUEL HIDALGO|D.F.|MEXICO|11570|XEXX010101000|Denarli Systems LLC|Av.|404|.|Suite 620|Washington|Miami Be ach,|FL|Estados Unidos|33139|1.00|Servicio de Desarrollo para Proyecto ISSUING|29970.00|29970.00||
**Sello digital**      **Serie del certificado:** 00001000000103782434
aa/sa|WoEZJBussDL2ASRSGoa771IL9FBpSy9sOSVQJO50+/KBYCdC0xTgNEaVpbbS/dBOQ7M0dz4BHFMOsGxH0LHeoCn2CruR dj2qC+FPT4K+5IqA6NoPgE089U1aBzyt5EfDCNh5XH+HyUA$GPcu6L2h/sZ/aLGbUr9HQJcQ=



Jun 18, 2012 05:47:36 PM ET
Customer ID: DENAR085
Operator ID: COLMA296

Wire Transfer

DENARII SYSTEMS LLC
Detail Wire Transfer Activity Report
From 06/18/2012 Through 06/19/2012

## Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK, N.A.
Debit Account Name: DENARII SYSTEMS                     Account Number: ████████

Debit Amount: 29,970.00 USD
Value Date: 06/19/2012
Execution Date: 06/19/2012
Credit Amount: 29,970.00 USD

Template Name:
Freeform
Type: International
Credit Currency: USD

CEO® Tracking Number: 000034
Fed/SWIFT Confirmation Number:
N/A

Foreign Exchange Reference Number:

Transaction Reference Number:

Wire Billing Information:
Charges To: SHA

Status: Queued

Beneficiary Account Information:
Account Number: ████████

Account Name:      CDA Informatica, S.A,
                   de C.V.

Beneficiary Bank Information:
Bank ID:       BCMRMXMMPYM
Bank Name:     BBVA BANCOMER, S.A.
Bank Address: 1200, AVENIDA UNIVERSIDAD
                   MEXICO,MX
Bank Country: Mexico
Intl. Routing
Code:

Form of Notification:   None

Originator to Beneficiary Information:
Data Not Provided

Originator Information:
Name:     DENARII SYSTEMS LLC
Address: 404 Washington Ave
             Suite 620
             MIAMI, FL 33139 US
ID / Account Number:

Internal Reference:   WT2012-18

Intermediary Bank Information:
Data Not Provided

Audit Trail Information:
Created By: COLMA296 June 18, 2012 04:05:38
PM ET.
Verified By: RODRK329 June 18, 2012 05:41:33
PM ET.
Verify-3 By:
Rejected By: N/A

Last Modified By: COLMA296 June 18, 2012
05:40:19 PM ET.

Verify-2 By:

Verify-4 By:

### Total By Status

|                  | Total Debits USD | Total Credits USD | Total Transactions |
|------------------|------------------|-------------------|--------------------|
| Status: Queued   | 29,970.00        | 0.00              | 1                  |
| Grand Total:     | 29,970.00        | 0.00              | 1                  |

| Privacy, Security & Legal |
© Copyright 2002- 2012 Wells Fargo. All rights reserved.



**FACTURA**

| | |
|---|---|
| Fecha | Junio 11 2012 - 09:31:32 |
| Serie | A |
| Folio | 672 |
| Aprobación | 794212 |
| Año de Aprobación | 2011 |

**CDA Informática, S.A. de C.V.**
**CIN090221AB7**

EJERCITO NACIONAL No. 418 Int. No. 505
CHAPULTEPEC MORALES
11570, MIGUEL HIDALGO D.F.



Cliente:     Denarii Systems LLC

Domicilio    404 Washington Av. Suite 620.

33139 Miami Beach, FL



| Cantidad | Descripción | | Total |
|---|---|---|---|
| 1.00 | Servicio de Desarrollo para Proyecto ISSUING | Periodo de Facturación: Mayo 2012 | 27,855.00 |

BANCO RECIBIDOR DEL EXTERIOR: BANCOMER, SA
Código Swift (³): BCMRMXMMPYM ABA:021000021
No de Cuenta del Banco Bancomer : ▉▉▉▉▉

| | |
|---|---|
| SUB TOTAL | 27,855.00 |
| IVA | |
| Total Factura U$S | 27,855.00 |

| Importe total con letra | Forma de pago |
|---|---|
| VEINTISIETE MIL OCHOCIENTOS CINCUENTA Y CINCO DóLARES 00/100 | 10 días fecha factura (10 FF) |

Este documento es una representación impresa de CFD

Cadena Original
||2.0|A|672|2012-06-11T09:31:32|794212|2011|ingreso|PAGO EN UNA SOLA EXHIBICION|27855.00|27855.00|CI
N090221AB7|CDA Informática, S.A. de C.V.|EJERCITO NACIONAL|418|505|CHAPULTEPEC MORALES|MEXICO|MIGUEL
HIDALGO|D.F.|MEXICO|11570|EXX|010101000|Denarii Systems LLC|Av.|404|.|Suite 620|Washington|Miami Be
ach,|FL|Estados Unidos|33139|1.00|Servicio de Desarrollo para Proyecto ISSUING|27855.00|27855.00||
Sello digital        Serie del certificado: 00001000000103782434
fiUcVdbopy8imd9wF05NWWgP0Q0clbp6r0CjjYXn70tkq5OhT2S8sH8tBo+m+L01pl.Sfl-jra5FClsH7/YTRtHZtx2xxw0tqWA
eOzFkkMepg3h+H5kjj397lh1SANVAj4VMD1aOO6uzBYRDzRrtaKzWm0GD2lKrlUjqQZ5SsiE=



**WELLS FARGO**

Jun 29, 2012 09:53:52 PM ET
Customer ID: DENAR085
Operator ID: COLMA296

Wire Transfer

**DENARII SYSTEMS LLC**
**Detail Wire Transfer Activity Report**
From 06/29/2012 Through 06/29/2012

---

### Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK, N.A.
Debit Account Name: DENARII SYSTEMS                    Account Number: ▮▮▮▮▮▮▮

Debit Amount: 27,855.00 USD

Value Date: 06/29/2012

Execution Date: 06/29/2012
Credit Amount: 27,855.00 USD

| | |
|---|---|
| **Template Name:** Freeform | CEO® Tracking Number: 000035 |
| **Type:** International | Fed/SWIFT Confirmation Number: 560561 |
| **Credit Currency:** USD | |
| | Foreign Exchange Reference Number: |
| | Transaction Reference Number: 120629204656 |

Wire Billing Information:
Charges To: SHA

Status: Confirmed

---

**Beneficiary Account Information:**
Account Number: ▮▮▮▮▮▮▮

Account Name:        CDA Informatica, S.A.

**Beneficiary Bank Information:**
Bank ID:        BCMRMXMMPYM
Bank Name:      BBVA BANCOMER, S.A.
Bank Address: 1200, AVENIDA UNIVERSIDAD
                    MEXICO,MX
Bank Country: Mexico
Intl. Routing
Code:

Form of Notification:   None

Originator to Beneficiary Information:
Data Not Provided

**Originator Information:**
Name:      DENARII SYSTEMS LLC
Address: 404 Washington Ave
             Suite 620
             MIAMI, FL 33139 US
ID / Account Number:

Internal Reference:   WT 12-19

Intermediary Bank Information:
Data Not Provided

Audit Trail Information:
Created By: COLMA296 June 29, 2012 01:30:04
PM ET.
Verified By: RODRK329 June 29, 2012 05:04:05
PM ET.
Verify-3 By:
Rejected By: N/A

Last Modified By: COLMA296 June 29, 2012
01:30:04 PM ET.

Verify-2 By:

Verify-4 By:

---

### Total By Status

| | Total Debits USD | Total Credits USD | Total Transactions |
|---|---|---|---|
| Status: Confirmed | 27,855.00 | 0.00 | 1 |
| Grand Total: | 27,855.00 | 0.00 | 1 |

| Privacy, Security & Legal |
© Copyright 2002- 2012 Wells Fargo. All rights reserved.

*16*

# CDA

 

| | |
|---|---|
| Fecha | Julio 4 2012 - 12:42:30 |
| Serie | A |
| Folio | 696 |
| Aprobación | 794212 |
| Año de Aprobación | 2011 |
| Método de Pago | Transferencia |
| Número de Cuenta de Pago | NO IDENTIFICADO |

**CDA Informática, S.A. de C.V.**
**CIN090221AB7**
EJERCITO NACIONAL No. 418 Int. No. 505
CHAPULTEPEC MORALES
11570, MIGUEL HIDALGO D.F.

**Cliente:** Denarii Systems LLC

**RFC:** XEXX010101000

| Domicilio | Av. No. 404 Int. No. . | | |
|---|---|---|---|
| Colonia | Suite 620 | Teléfono | |
| CP | 33139 | Delegación | Miami Beach, FL |

| Cantidad | Descripción | | Total |
|---|---|---|---|
| 1.00 | Servicio de Desarrollo para Proyecto ISSUING | Periodo de facturación: Junio de 2012 | 15,120.00 |

BANCO RECIBIDOR DEL EXTERIOR: BANCOMER, SA
Código Swift (³):BCMRMXMMPYM ABA: 0 2 1 0 0 0 0 2 1
No de Cuenta del Banco Bancomer: █████████

| | |
|---|---|
| SUB TOTAL | 15,120.00 |
| IVA | 0.00 |
| TOTAL | 15,120.00 |

**Régimen General de Ley de Personas Morales**

| Importe total con letra | Forma de pago |
|---|---|
| QUINCE MIL CIENTO VEINTE DóLARES 00/100 | PAGO EN UNA SOLA EXHIBICION |

Este documento es una representación impresa de CFD

Cadena Original
||2.2|A(698|2012-07-04T12:42:30|794212|2011|ingreso|PAGO EN UNA SOLA EXHIBICION|PAGO EN UNA SOLA EXH
IBICIÓN|15120.00|15120.00|Transferencia|EJERCITO NACIONAL 418 505, CHAPULTEPEC MORALES, 11570, MIGUE
L HIDALGO, MEXICO, D.F., MEXICO|NO IDENTIFICADO|13.3174|Dólar Americano|CIN090221AB7|CDA Informática
, S.A. de C.V.|EJERCITO NACIONAL|418|505|CHAPULTEPEC MORALES|MEXICO|MIGUEL HIDALGO|D.F.|MEXICO|11570
|Régimen general de Ley|XEXX010101000|Denarii Systems LLC|Av. |404|.|Suite 620|Washington|Miami Beach
,|FL|Estados Unidos|33139|1.00|Servicio|7|Servicio de Desarrollo para Proyecto ISSUING|15120.00|1512
0.00||

Sello digital                                    Serie del certificado: 00001000000103782434
FwT6Psar00SWZVpigtsKZyy2p1JXAREbkoaJVj+8781RgBjttm4TNcgZZhwKciwyoWYcwBZQkSgVN1jB3/CdwkSJD5h7FAA8HWz
WeHwNFp12QepWNLbnWAVj8NMJn1HEJWXs4MYhjMaXtqcXylPIZGeKOF3hCuN8/jBDexTyd8=



 **WELLS FARGO**

Aug 08, 2012 12:18:53 PM ET
Customer ID: DENAR085
Operator ID: COLMA296

Wire Transfer

DENARII SYSTEMS LLC
Detail Wire Transfer Activity Report
From 08/08/2012 Through 08/08/2012

## Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK, N.A.
Debit Account Name: DENARII SYSTEMS

Account Number: ███████

Debit Amount: 15,120.00 USD

Value Date: 08/08/2012

Execution Date: 08/08/2012
Credit Amount: 15,120.00 USD

Template Name:
Freeform
Type: International
Credit Currency: USD

CEO® Tracking Number: 000043

Fed/SWIFT Confirmation Number:
282274

Foreign Exchange Reference Number:

Transaction Reference Number:
120808047755

Wire Billing Information:
Charges To: SHA

Status: Confirmed

Beneficiary Account Information:
Account Number: ███████

Account Name: CDA Informatica, S.A.

Beneficiary Bank Information:
Bank ID:       BCMRMXMMPYM
Bank Name:   BBVA BANCOMER, S.A.
Bank Address: 1200, AVENIDA UNIVERSIDAD
                      MEXICO,MX
Bank Country: Mexico
Intl. Routing
Code:

Form of Notification:   None

Originator to Beneficiary Information:
Data Not Provided

Originator Information:
Name:    DENARII SYSTEMS LLC
Address: 404 Washington Ave
             Suite 620
             MIAMI, FL 33139 US
ID / Account Number:

Internal Reference:   WT 12-27

Intermediary Bank Information:
Data Not Provided

Audit Trail Information:
Created By: COLMA296 August 08, 2012
11:08:57 AM ET.
Verified By: RODRK329 August 08, 2012
11:36:27 AM ET.
Verify-3 By:
Rejected By: N/A

Last Modified By: COLMA296 August 08, 2012
11:06:57 AM ET.

Verify-2 By:

Verify-4 By:

### Total By Status

| | Total Debits USD | Total Credits USD | Total Transactions |
|---|---|---|---|
| Status: Confirmed | 15,120.00 | 0.00 | 1 |
| Grand Total: | 15,120.00 | 0.00 | 1 |

| Privacy, Security & Legal |
© Copyright 2002- 2012 Wells Fargo. All rights reserved.

7

# CDA

| | |
|---|---|
| Fecha | Agosto 10 2012 - 09:27: |
| Serie | A |
| Folio | 760  7 |
| Aprobación | 7942 |
| Año de Aprobación | 20 |
| Método de Pago | Transferen |
| Número de Cuenta de Pago | NO IDENTIFICA |

| CDA Informática, S.A. de C.V. | EJERCITO NACIONAL No. 418 Int. No. 505 |
|---|---|
| CIN090221AB7 | CHAPULTEPEC MORALES |
| | 11570, MIGUEL HIDALGO. D.F. |

Cliente: **Denarii Systems LLC**

RFC: **XEXX010101000**

| Domicilio | Av. No. 404 Int. No. . | | |
|---|---|---|---|
| Colonia | Suite 620 | Teléfono | |
| CP | 33139 | Delegación | Miami Beach, FL |

| Cantidad | Descripción | | Total |
|---|---|---|---|
| 1.00 | Servicio de Desarrollo para Proyecto ISSUING | Periodo de Facturación: Julio de 2012 | 14,400.0 |

BANCO RECIBIDOR DEL EXTERIOR: BANCOMER, SA
Código Swift (³):BCMRMXMMPYM ABA: 0 2 1 0 0 0 0 2 1
No de Cuenta del Banco Bancomer

| | |
|---|---|
| SUB TOTAL | 14,400. |
| IVA | 0. |
| TOTAL | 14,400. |

**Régimen General de Ley de Personas Morales**

| Importe total con letra | Forma de pago |
|---|---|
| CATORCE MIL CUATROCIENTOS DóLARES 00/100 | PAGO EN UNA SOLA EXHIBICION |

Este documento es una representación impresa de CFD

Cadena Original
||2.2|A|760|2012-08-10T09:27:08|7942|2011|ingreso|PAGO EN UNA SOLA EXHIBICION|PAGO EN UNA SOLA EXH
IBICION|14400.00|14400.00|Transferencia|EJERCITO NACIONAL 418 505, CHAPULTEPEC MORALES, 11570, MIGUE
L HIDALGO, MEXICO, D.F., MEXICO|NO IDENTIFICADO|13.1891|Dólar Americano|CIN090221AB7|CDA Informática
, S.A. de C.V.|EJERCITO NACIONAL|418|505|CHAPULTEPEC MORALES|MEXICO|MIGUEL HIDALGO|D.F.|MEXICO|11570
|Régimen general de Ley|XEXX010101000|Denarii Systems LLC|Av.|404|.|Suite 620|Washington|Miami Beach
,|FL|Estados Unidos|33139|1.00|Servicio|7|Servicio de Desarrollo para Proyecto ISSUING|14400.00|1440
0.00||



**WELLS FARGO**

Sep 05, 2012 02:26:23 PM ET
Customer ID: DENAR085
Operator ID: COLMA296

DENARII SYSTEMS LLC
Detail Wire Transfer Activity Report
From 09/05/2012 Through 09/05/2012

Wire Transfer

### Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK, N.A.
Debit Account Name: DENARII SYSTEMS                     Account Number ▮▮▮▮▮▮▮

| | |
|---|---|
| Debit Amount: 14,400.00 USD | |
| Value Date: 09/05/2012 | Template Name: Freeform |
| Execution Date: 09/05/2012 | Type: International |
| Credit Amount: 14,400.00 USD | Credit Currency: USD |

CEO® Tracking Number: 000054
Fed/SWIFT Confirmation Number: 778667

Foreign Exchange Reference Number:

Transaction Reference Number: 120905071989

Wire Billing Information:
Charges To: SHA

Status: Confirmed

**Beneficiary Account Information:**
Account Number: ▮▮▮▮▮▮▮

Account Name:        CDA Informatica, S.A.

**Beneficiary Bank Information:**
Bank ID:        BCMRMXMMPYM
Bank Name:      BBVA BANCOMER, S.A.
Bank Address: 1200, AVENIDA UNIVERSIDAD
              MEXICO,MX
Bank Country:  Mexico
Intl. Routing Code:

Form of Notification:   None

Originator to Beneficiary Information:
Data Not Provided

Internal Reference:   WT2012-37

**Originator Information:**
Name:    DENARII SYSTEMS LLC
Address: 404 Washington Ave
         Suite 620
         MIAMI, FL 33139 US
ID / Account Number:

Intermediary Bank Information:
Data Not Provided

Audit Trail Information:
Created By: COLMA296 September 05, 2012
12:47:06 PM ET.
Verified By: RODRK329 September 05, 2012
12:59:02 PM ET.
Verify-3 By:
Rejected By: N/A

Last Modified By: COLMA296 September 05,
2012 12:47:06 PM ET.

Verify-2 By:

Verify-4 By:

### Total By Status

| | Total Debits USD | Total Credits USD | Total Transactions |
|---|---|---|---|
| Status: Confirmed | 14,400.00 | 0.00 | 1 |
| Grand Total: | 14,400.00 | 0.00 | 1 |

| Privacy, Security & Legal |
© Copyright 2002- 2012 Wells Fargo. All rights reserved.

⑧

# CDA

| | |
|---|---|
| Fecha | Septiembre 5 2012 - 10:25:37 |
| Serie | A |
| Folio | 806 |
| Aprobación | 794212 |
| Año de Aprobación | 2011 |
| Método de Pago | Transferencia |
| Número de Cuenta de Pago | NO IDENTIFICADO |

**CDA Informática, S.A. de C.V.**
**CIN090221AB7**
EJERCITO NACIONAL No. 418 int. No. 505
CHAPULTEPEC MORALES
11570, MIGUEL HIDALGO D.F.

Cliente: **Denarii Systems LLC**

RFC: **XEXX010101000**

| Domicilio | Av. No. 404 Int. No. . | | |
|---|---|---|---|
| Colonia | Suite 620 | Teléfono | |
| CP | 33139 | Delegación | Miami Beach, FL |

| Cantidad | Descripción | | Total |
|---|---|---|---|
| 1.00 | Servicio de Desarrollo para Proyecto ISSUING | Periodo de Facturación : Agosto 2012 | 14,400.00 |

BANCO RECIBIDOR DEL EXTERIOR: BANCOMER, SA
Código Swift (³):BCMRMXMMPYM ABA: 0 2 1 0 0 0 0 2 1
No de Cuenta del Banco Bancomer:

| | |
|---|---|
| SUB-TOTAL | 14,400.00 |
| IVA | 0.00 |
| TOTAL | 14,400.00 |

**men General de Ley de Personas Morales**

| rte total con letra | Forma de pago |
|---|---|
| ORCE MIL CUATROCIENTOS DóLARES 00/100 | PAGO EN UNA SOLA EXHIBICION |

locumento es una representación impresa de CFD

Cadena Original
||2.2|A|806|2012-09-05T10:25:37|794212|2011|Ingreso|PAGO EN UNA SOLA EXHIBICION|PAGO EN UNA SOLA EXH IBICION|14400.00|14400.00|Transferencia|EJERCITO NACIONAL 418 505, CHAPULTEPEC MORALES, 11570, MIGUE L HIDALGO, MEXICO, D.F., MEXICO|NO IDENTIFICADO|13.1793|Dólar Americano|CIN090221AB7|CDA Informática , S.A. de C.V.|EJERCITO NACIONAL|418|505|CHAPULTEPEC MORALES|MEXICO|MIGUEL HIDALGO|D.F.|MEXICO|11570 |Régimen general de Ley|XEXX010101000|Denarii Systems LLC|Av.|404|.|Suite 620|Washington|Miami Beach ,|FL|Estados Unidos|33139|1.00|Servicio|7|Servicio de Desarrollo para Proyecto ISSUING|14400.00|1440 0.00||

Sello digital
Serie del certificado: 00001000000103782434
mhnkLxbsOnIEERs0DpuZyaZCtWgroniWMELzLhZCWXMd0fIvKCK9sNrXhgTjO8rc0Ah6Ai2kZZsaZzqzvOkcqxiZe4Sy7GW8enNQC
Z1z+DIq+sTrZvmjZQYedWKiaQ4zpPeQGA3eJE8N/k3nFf1M467EwOV0vOLbRKPWFoVqicw0=



Oct 03, 2012 04:50:31 PM ET
Customer ID: DENAR286
Operator ID: COLMA296

Wire Transfer

**DENARII SYSTEMS LLC**
**Detail Wire Transfer Activity Report**
From 10/03/2012 Through 10/03/2012

### Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK, N.A.
Debit Account Name: DENARII SYSTEMS

Account Number: ▉▉▉▉▉▉▉▉

Debit Amount: 14,400.00 USD

Value Date: 10/03/2012

Execution Date: 10/03/2012
Credit Amount: 14,400.00 USD

Template Name:
Freeform
Type: International
Credit Currency: USD

CEO® Tracking Number: 000081

Fed/SWIFT Confirmation Number:
286282

Foreign Exchange Reference Number:

Transaction Reference Number:
121003086788

Wire Billing Information:
Charges To: SHA

Status: Confirmed

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Beneficiary Account Information:
Account Number: ▉▉▉▉▉
Account Name: ▉▉▉  CDA Informatica,
S.A.

Beneficiary Bank Information:
Bank ID:       BCMRMXMMPYM
Bank Name:   BBVA BANCOMER, S.A.
Bank Address: 1200, AVENIDA UNIVERSIDAD
                    MEXICO,MX
Bank Country: Mexico
Intl. Routing
Code:

Form of Notification:   None

Originator to Beneficiary Information:
Data Not Provided

Internal Reference:   WT2012-43

Intermediary Bank Information:
Data Not Provided

Originator Information:
Name:    DENARII SYSTEMS LLC
Address: 404 Washington Ave
              Suite 620
              MIAMI, FL 33139 US
ID / Account Number:

Audit Trail Information:
Created By: COLMA296 October 03, 2012
01:40:56 PM ET.
Verified By: RODRK329 October 03, 2012
02:32:02 PM ET.
Verify-3 By:
Rejected By: N/A

Last Modified By: COLMA296 October 03, 2012
01:40:56 PM ET.

Verify-2 By:

Verify-4 By:

### Total By Status

|  | Total Debits USD | Total Credits USD | Total Transactions |
|---|---|---|---|
| Status: Confirmed | 14,400.00 | 0.00 | 1 |
| Grand Total: | 14,400.00 | 0.00 | 1 |

[ Privacy, Security & Legal ]
© Copyright 2002- 2012 Wells Fargo. All rights reserved.

https://ceowt.wellsfargo.com/wires/WireDetailReport/index.jsp

10/3/2012



| | |
|---|---|
| Fecha | Octubre 2 2012 - 16:01: |
| Serie | *Invoice # A919* |
| Folio | 9 |
| Aprobación | 7942 |
| Año de Aprobación | 20 |
| Método de Pago | Transferenc |
| Número de Cuenta de Pago | NO IDENTIFICAD |

**CDA Informática, S.A. de C.V.**
**CIN090221AB7**
EJERCITO NACIONAL No. 418 Int. No. 505
CHAPULTEPEC MORALES
11570, MIGUEL HIDALGO D.F.

| | |
|---|---|
| Cliente: | **Denarii Systems LLC** |
| RFC: | XEXX010101000 |
| Domicilio | Av. No. 404 Int. No. . |
| Colonia | Suite 620 |
| CP | 33139 |
| Teléfono | |
| Delegación | Miami Beach, FL |

POSTED
10/17/12

PAID

| Cantidad | Descripción | | Total |
|---|---|---|---|
| 1.00 | Servicio de Desarrollo para Proyecto ISSUING | Periodo de Facturación: Septiembre de 2012 | 12,600.00 |

BANCO RECIBIDOR DEL EXTERIOR: BANCOMER, SA
Código Swift (³):BCMRMXMMPYM ABA: 0 2 1 0 0 0 0 2 1
No de Cuenta del Banco Bancomer

| | |
|---|---|
| SUB TOTAL | 12,600.b0 |
| IVA | 0.b |
| TOTAL | 12,600.0 |

**Régimen General de Ley de Personas Morales**

| Importe total con letra | Forma de pago |
|---|---|
| DOCE MIL SEISCIENTOS DóLARES 00/100 | PAGO EN UNA SOLA EXHIBICION |

Este documento es una representación impresa de CFD

Cadena Original
||2.2|A|919|2012-10-02T16:01:40|794212|2011|ingreso|PAGO EN UNA SOLA EXHIBICION|PAGO EN UNA SOLA EXH
IBICIÓN|12600.00|12600.00|Transferencia|EJERCITO NACIONAL 418 505, CHAPULTEPEC MORALES, 11570, MIGUE
L HIDALGO, MEXICO, D.F., MEXICO|NO IDENTIFICADO|12.8178|Dólar Americano|CIN090221AB7|CDA Informática
, S.A. de C.V.|EJERCITO NACIONAL|418|505|CHAPULTEPEC MORALES|MEXICO|MIGUEL HIDALGO|D.F.|MEXICO|11570
|Régimen general de Ley|XEXX010101000|Denarii Systems LLC|Av.|404|.|Suite 620|Washington|Miami Beach
,|FL|Estados Unidos|33139|1.00|Servicio|7|Servicio de Desarrollo para Proyecto ISSUING|12600.00|1260
0.00||
Sello digital                                          Serie del certificado: 00001000000103782434
enqrSd2LqhnTH4mNZODab6jxEo8YpXNqu1Rtyf87aP/VaojGLrsIpVut5sei1vBSQ9jdCEfFzbS6aIAmYzygCCDgrrj2gNHMGYoY
7KIfInq2raJ08PobmPT0k+ye32Eo3x8oLmruls/Hzrb0HV87UbIdlyzek3qegzZM4jTzRcE=

 Oct 26, 2012 05:12:32 PM ET
Customer ID: DENAR085
Operator ID: COLMA296

**DENARII SYSTEMS LLC**
Detail Wire Transfer Activity Report
From 10/26/2012 Through 10/26/2012

Wire Transfer

---

### Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK, N.A.
Debit Account Name: DENARII SYSTEMS

Account Number: ████████

Debit Amount: 12,600.00 USD
Value Date: 10/26/2012

Template Name:
Freeform

CEO® Tracking Number: 000067

Execution Date: 10/26/2012
Credit Amount: 12,600.00 USD

Type: International
Credit Currency: USD

Fed/SWIFT Confirmation Number:
686093

Foreign Exchange Reference Number:

Transaction Reference Number:
121026062468

Wire Billing Information:
Charges To: SHA

Status: Confirmed

---

Beneficiary Account Information:
Account Number: ████████
Account Name:          CDA Informatica

Beneficiary Bank Information:
Bank ID:          BCMRMXMMPYM
Bank Name:        BBVA BANCOMER, S.A.
Bank Address: 1200, AVENIDA UNIVERSIDAD
                  MEXICO,MX
Bank Country:  Mexico
Intl. Routing
Code:

Form of Notification:   None

Originator to Beneficiary Information:
Data Not Provided

Internal Reference:   WT2012-49

Originator Information:
Name:     DENARII SYSTEMS LLC
Address: 404 Washington Ave
             Suite 620
             MIAMI, FL 33139 US
ID / Account Number:

Intermediary Bank Information:
Data Not Provided

Audit Trail Information:
Created By: COLMA296 October 26, 2012
11:19:54 AM ET.
Verified By: RODRK329 October 26, 2012
12:13:34 PM ET.
Verify-3 By:
Rejected By: N/A

Last Modified By: COLMA296 October 26, 2012
11:19:54 AM ET.
Verify-2 By:
Verify-4 By:

---

### Total By Status

| | Total Debits USD | Total Credits USD | Total Transactions |
|---|---|---|---|
| Status: Confirmed | 12,600.00 | 0.00 | 1 |
| Grand Total: | 12,600.00 | 0.00 | 1 |

| Privacy, Security & Legal |
© Copyright 2002- 2012 Wells Fargo. All rights reserved.