UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-24239-CIV-O'SULLIVAN

[CONSENT]

DENARII SYSTEMS, LLC,
    Plaintiff,

v.

OMAR ARAB, GREYNIER FUENTES
FRANK ALVAREZ and BLIT
TECHNOLOGIES CORPORATION,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the defendants' Motions in Limine of Arab and Fuentes (DE# 155, 5/20/14), Motion for Sanctions Against Plaintiff Denarii Systems, LLC (De# 165, 6/17/14) and the Motion in Limine of Arab and Fuentes and to Reopen Discovery and Continue the Date of Trial (De# 166, 6/17/14). Having reviewed the applicable filings and the law and for the reasons stated at the June 30, 2014 hearing, it is

ORDERED AND ADJUDGED that the Motion in Limine of Arab and Fuentes and to Reopen Discovery and Continue the Date of Trial (De# 166, 6/17/14) is **GRANTED in part and DENIED in part**. The defendants are permitted to conduct additional discovery related to the additional IP addresses disclosed by the plaintiff up to and including **July 31, 2014**. Within five (5) business days, the plaintiff shall respond to any request for production. The defendants shall provide to the plaintiff the names of any deponents within five (5) business days. Any depositions shall take place within two (2) weeks of the request. Any documents the defendants seek to introduce at trial shall be immediately provided to the plaintiff. It is further

ORDERED AND ADJUDGED that the Motion for Sanctions Against Plaintiff Denarii Systems, LLC (De# 165, 6/17/14) is **DENIED**. It is further

ORDERED AND ADJUDGED that Motions in Limine of Arab and Fuentes (DE# 155,

5/20/14) is **DENIED in part** with respect to excluding the plaintiff's expert Jesus Pena. It is further

ORDERED AND ADJUDGED that on or before **July 18, 2014**, the parties shall participate in mediation. It is further

ORDERED AND ADJUDGED that the plaintiff shall file a memorandum of law on the election of remedies by **July 8, 2014**. The defendants shall file a response brief no later than **July 17, 2014**.

DONE AND ORDERED in Chambers at Miami, Florida this **30th** day of June, 2014.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record