# CIVIL MINUTES/CALENDAR
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MAGISTRATE JUDGE: <u>JOHN O'SULLIVAN</u> Presiding

Case No. **12-cv-24239-O'SULLIVAN**     Date: <u>JULY 22, 2014</u>     Time: <u>10:00 AM</u>

Clerk: <u>Maritza Nicado</u>     CT RTP/ DAR: <u>10:00:15-10:47:46 (47 mins)</u>

**<u>DENARII SYSTEMS, LLC vs. OMAR ARAB, *et al.*,</u>**

<u>Plaintiff Counsel: Adam Stuart Hall</u>

<u>Defendant (s) Counsel: Kristin Drecktrah and Rodney Quinn Smith</u>

Reason for hearing:     <u>Final Pretrial Conference</u>

Result of hearing:     <u>Calendar Call re-set for 8/1/2014 at 2:00 pm; Court strikes [184] and Denies [155].   Order to Follow</u>

MISC: