# CIVIL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
5TH FLOOR     TIME: ~~9:00~~ AM
8:45 – 1:00

**MAGISTRATE JUDGE JOHN J. O'SULLIVAN**  2pm –

Case No. 12-24239-CIV-O'SULLIVAN       Date: August 4, 2014     END: 5:00 pm

Clerk: Cherle R. Griffin                DAR No. 08:46:34

Court Reporter: Carly Horenkamp

Title of Case: DENARII SYSTEMS, LLC V. ARAB, ET AL

P. Attorney(s): ADAM HALL, COLLEEN SMERYAGE

D. Attorney(s): KRISTIN DRECKTRAH, RODNEY SMITH, II, ENRIQUE YABOR

Reason for hearing: JURY SELECTION AND TRIAL

Result of hearing: JURY SELECTION HELD. DAY #1 OF JURY TRIAL HELD. Opening statements heard. Plaintiff's witness, Maritza Lyngved, sworn & test. Direct exam. Cross exam. Re-direct exam. Linna Rivera sworn & test. Direct exam. Cross exam. Trial continued to 8:45 am on August 5, 2014.