# CIVIL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
5TH FLOOR    TIME: 9:00 AM
8:45 - 12:45
2:10 -

## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 12-24239-CIV-O'SULLIVAN    Date: August 5, 2014    END: 5:30

Clerk: Cherle R. Griffin    DAR No. 09:06:35

Court Reporter: Carly Horenkamp

Title of Case: DENARII SYSTEMS, LLC V. ARAB, ET AL

P. Attorney(s): ADAM HALL, COLLEEN SMERYAGE

D. Attorney(s): KRISTIN DRECKTRAH, RODNEY SMITH, II, ENRIQUE YABOR

Reason for hearing: JURY TRIAL

Result of hearing: DAY #2 OF JURY TRIAL HELD. Linna Rivera re-sworn. Cont. of cross exam. Re-direct exam. Ketty Rodriguez sworn & testified. Direct exam. Cross exam. Video deposition of Franco Ceruti viewed. Manuel Munoz sworn & testified. Direct exam. Re-direct exam. Claudia Munoz sworn & testified. Direct exam. Carlos Alonso sworn & testified. Direct exam. Cross exam. Viewing of Franco Ceruti resumed. Jesus Pena sworn & test. Direct exam. Trial continued to 8/6/14 at 8:40 AM.