**CIVIL CALENDAR/MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR     TIME: ~~9:00~~ AM**

8:50 - 1:05

2:00 -

**MAGISTRATE JUDGE JOHN J. O'SULLIVAN**

Case No. 12-24239-CIV-O'SULLIVAN      Date: August 6, 2014     END: 5:19

Clerk: Cherle R. Griffin                DAR No. 08:49:58

Court Reporter: Carly Horenkamp

Title of Case:         DENARII SYSTEMS, LLC V. ARAB, ET AL

P. Attorney(s):        ADAM HALL, COLLEEN SMERYAGE

D. Attorney(s):        KRISTIN DRECKTRAH, RODNEY SMITH, II, ENRIQUE
                       YABOR

Reason for hearing:    JURY TRIAL

Result of hearing:     DAY #3 OF JURY TRIAL HELD. Jesus Pena sworn
& testified. Continuation of direct exam.
Cross exam. Defendant's Exh. 200 admitted.
Re-direct exam. John Ludwig sworn & test.
Direct exam. Cross exam. Re-direct exam.
Kestick Grey sworn & testified. Direct exam.
Cross exam. Redirect exam. Frank Alvarez
video excerpt, Greymis Fuentes video excerpt
and Omar Arab video excerpt viewed.
Michael Elkin sworn & test. Direct exam.
Trial continued to 8/7/14 at 8:45 Am.