## JURY INSTRUCTION NO. 31(A)
### Burden of Proof

Denarii has the burden of proving its case by what the law calls a "preponderance of the evidence." That means Denarii must prove that, in light of all the evidence, what it claims is more likely true than not. So, if you could put the evidence favoring Denarii and the evidence favoring Arab, Fuentes, and/or Alvarez on opposite sides of balancing scales, Denarii needs to make the scales tip to its side. If Denarii fails to meet this burden, you must find in favor of Arab, Fuentes, and/or Alvarez on the applicable claim.

To decide whether any fact has been proved by a preponderance of the evidence, you may – unless I instruct you otherwise – consider the testimony of all witnesses, regardless of who called them, and all exhibits that the court allowed, regardless of who produced them. After considering all the evidence, if you decide a claim or fact is more likely true than not, then the claim or fact has been proved by a preponderance of the evidence.

Defendants Arab has also brought claims for relief against Denarii called counterclaims. On these claims, Arab has the same burden of proof that Denarii has for its claims.