UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-24239-CIV-O'Sullivan

Denarii Systems, LLC
a Florida Limited Liability Co. Plaintiff

vs. Omar Araby
Graynier Fuentes, and
Frank Alvarez, individuals,
Defendants

### JURY NOTES

BLiT Technologies Corp. is part of the style of the case and we were under the impression that BLiT was not a Defendant. Please clarify. This is written in the Jury Instructions.

DATE: 8/7/14       FOREMAN/FOREPERSON