# CIVIL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
5TH FLOOR    TIME: 9:00 AM – 12:15
1:15 –
## MAGISTRATE JUDGE JOHN J. O'SULLIVAN  2:20
Jury del

Case No. 12-24239-CIV-O'SULLIVAN    Date: August 7, 2014    END: 4:10

Clerk: Cherle R. Griffin    DAR No. 08:59:27

Court Reporter: Carly Horenkamp

Title of Case: DENARII SYSTEMS, LLC V. ARAB, ET AL

P. Attorney(s): ADAM HALL, COLLEEN SMERYAGE

D. Attorney(s): KRISTIN DRECKTRAH, RODNEY SMITH, II, ENRIQUE YABOR, Mauricio Padilla, Jr.

Reason for hearing: JURY TRIAL

Result of hearing: DAY #4 OF JURY TRIAL HELD. Continuation of direct exam of Michael Elkin. Witness re-sworn. Cross exam. Plaintiffs rest. Defendants rest. Closing arguments heard. Jury instructed by the Court. Jury deliberations held. Jury questions 1 and 2 addressed. Deliberations to continue 8/8/14, at 9 AM.