Denarii Systems, LLC v. Omar Arab, Greynier Fuentes et al.
Case No. 1:12-cv-24239-JJO

**PLAINTIFF'S REVISED EXHIBIT LIST**    8/7/14

| No. | Date | Admitted | Description | Bate Range |
|---|---|---|---|---|
| 1 | 10/15/12 | 07/22/14 | Recordings made by Franco Ceruti (Recording 1) | |
| 2 | 10/15/12 | 07/22/14 | Recordings made by Franco Ceruti (Recordings 2, 3, 4) | |
| 3 | 05/30/13 | 07/22/14 | Deposition Transcripts of Franco Ceruti (5/30/13 and 8/01/13-Vol. 1 & 2) | |
| 4 | 05/30/13 | 07/22/14 | DVD of Videotaped Deposition of Franco Ceruti (5/30/13 and 8/01/13-Parts 1 & 2) | |
| 5 | 10/01/98 | 07/22/14 | Copy of Microsoft Certified Professional ID Card for Franco Ceruti | DE-1 of Franco Ceruti |
| 6 | 11/14/11 | 07/22/14 | Check No. 095 made payable to Omar Arab in the amount of $1,000.00 signed by Franco Ceruti | DENARII 00472-00473 DE-2 of Franco Ceruti |
| 7 | 11/14/11 | 07/22/14 | Check No. 097 made payable to Omar Arab in the amount of $3,000.00 signed by Franco Ceruti | DENARII 00474-00475 DE-3 of Franco Ceruti |
| 8 | 02/10/12 | 07/22/14 | Check No. 098 made payable to Omar Arab in the amount of $7,660.00 signed by Franco Ceruti | DENARII 00470-00471 DE-4 of Franco Ceruti |
| 9 | 06/01/12 | 07/22/14 | Copy of online banking transfer from Ceruti's account to Omar Arab's account in the amount of $750.00 | DENARII 00465 DE-5 of Franco Ceruti |
| 10 | 07/10/12 | 07/22/14 | Check No. 1001 made payable to Omar Arab in the amount of $4,160.00 signed by Franco Ceruti | DENARII 00468-00469 DE-6 of Franco Ceruti |
| 11 | 08/10/12 | 07/22/14 | Check No. 1002 made payable to Omar Arab in the amount of $4,160.00 signed by Franco Ceruti | DENARII 00466-00467 DE-7 of Franco Ceruti |
| 12 | 03/19/12 | 07/22/14 | Bilt Technologies Invoice No. 55431995 billed to Greynier Fuentes for Microsoft Licensing Package in the amount of $62,573.00 | DE-8 of Franco Ceruti |
| 13 | 07/05/12 | 07/22/14 | Bilt Technologies Invoice No. 105878456 billed to Omar Arab for Exchange Server 2010 Setup and Configuration in the amount of $16,000.00 | DE-9 of Franco Ceruti |
| 14 | 08/13/13 | 07/22/14 | Deposition Transcript of Frank Alvarez (8/13/13) | |
| 15 | 11/18/13 | 07/22/14 | Deposition Transcript of Greynier Fuentes | |
| 16 | 11/18/13 | 07/22/14 | DVD of videotaped deposition of Greyneir Fuentes | |
| 17 | | 07/22/14 | Comcast official document assigning IP address range for Greynier Fuentes' internet account issued by Greytex, Inc. | FUENTES 000001-000002 DE-1 of Greyneir Fuentes |
| 18 | 11/19/13 | 07/22/14 | Deposition Transcript of Omar Arab (11/19/13 & 01/17/14) | |

Denarii Systems, LLC v. Omar Arab, Greynier Fuentes et al.
Case No. 1:12-cv-24239-JJO

**PLAINTIFF'S REVISED EXHIBIT LIST**

| No. | Date | Admitted | Description | Bate Range |
|---|---|---|---|---|
| 19 | 11/19/13 | 07/22/14 | DVD of Videotaped Deposition of Omar Arab (11/19/13-Vol. 1 & 2 and 01/17/14) | |
| 20 | 10/31/12 | 07/22/14 | Pay Statement for Omar Arab for the period of 10/01/12 to 10/31/12 in the net amount of $2,985.49 showing YTD of $114,049.21 | DE-3 of Omar Arab |
| 21 | 01/01/13 | 07/22/14 | 2012 W-2 Form for Omar Arab issued by Denarii Systems, LLC in the gross amount of $145,552.04 | DE-4 of Omar Arab |
| 22 | 02/09/13 | 07/22/14 | 2012 U.S. Tax Return for Omar D. Arab | DE-5 of Omar Arab |
| 23 | 11/25/13 | 07/22/14 | Deposition Transcript of Carlos Alonso (11/25/13) | |
| 24 | 11/25/13 | 07/22/14 | Deposition Transcript of John Ludwig (11/25/13) | |
| 25 | 12/16/13 | 07/22/14 | Deposition Transcript of Manuel Munoz (12/16/13) | |
| 26 | 03/09/12 | 07/22/14 | Articles of Incorporation for Blit Technologies Corp. | DE-1 of Manuel Munoz |
| 27 | 12/16/13 | 07/22/14 | Deposition Transcript of Claudia Munoz (12/16/13) | |
| 28 | 02/11/14 | 07/22/14 | Expert Witness Report with Exhibits and Work Paper Binders of Michael P. Elkin | |
| 29 | 02/11/14 | 07/22/14 | Expert Report of Jesus Pena | |
| 30 | | 07/22/14 | Exhibit "A" to Expert Report of Jesus Pena--Screenshot of Acquisition Log & Verification | |
| 31 | | 07/22/14 | Exhibit "B" to Expert Report of Jesus Pena--Screenshots of pertinent folders and metadata obtained from Encse software with image DENARII05 loaded | |
| 32 | | 07/22/14 | Exhibit "C" to Expert Report of Jesus Pena--Screenshots of the Apple System Log files for 10/22/12 | |
| 33 | | 07/22/14 | Exhibit "D" to Expert Report of Jesus Pena--Screenshot of Calls showing oldest content at 10/22/12 | |
| 34 | | 07/22/14 | Exhibit "E" to Expert Report of Jesus Pena--Screenshot of "cadena" events from the Domain Controller's Windows System event log | |
| 35 | 12/18/12 | 07/22/14 | Andrews International Invoice No. 02160 in the amount of $21,606.25 | |
| 36 | 02/07/13 | 07/22/14 | Andrews International Invoice No. 02362 in the amount of $874.50 | |
| 37 | 03/15/13 | 07/22/14 | Andrews International Invoice No. 02560 in the amount of $4,390.20 | |

Denarii Systems, LLC v. Omar Arab, Greynier Fuentes et al.
Case No. 1:12-cv-24239-JJO

**PLAINTIFF'S REVISED EXHIBIT LIST**

| No. | Date | Admitted | Description | Bate Range |
|---|---|---|---|---|
| 38 | 08/23/13 | 07/22/14 | Andrews International Invoice No. 03296 in the amount of $17,839.47 | |
| 39 | 12/10/13 | 07/22/14 | Andrews International Invoice No. 03902 in the amount of $6,746.62 | |
| 40 | 01/10/14 | 07/22/14 | Andrews International Invoice No. 04137 in the amount of $1,000.00 | |
| 41 | 01/29/14 | 07/22/14 | Andrews International Invoice No. 04215 in the amount of $4,591.13 | |
| 42 | 02/10/14 | 07/22/14 | Andrews International Invoice No. 04280 in the amount of $1,000.00 | |
| 43 | 02/25/14 | 07/22/14 | Andrews International Invoice No. 04363 in the amount of $2,238.88 | |
| 44 | 11/21/12 | 07/22/14 | Memorandum from Jesus Pena to Maritza Lyngved regarding Computer Forensics Analysis--Denari Systems--Omar Arab et al. | DENARII 00428-00445 |
| 45 | 12/06/12 | 07/22/14 | Memorandum from Jesus Pena to Maritza Lyngved regarding Updated 11/21/12 Memo: Computer Forensics Analysis/Denari Systems/Omar Arab | DENARII 00446-00464 |
| 46 | 03/13/13 | 07/22/14 | Memorandum from Jesus Pena to Maritza Lyngved regarding Supplemental Forensics Analisis--Denari Sistems "Ecadena" | DENARII 00221-00228 |
| 47 | 02/11/14 | 07/22/14 | Expert Report of Kesrick Grey | |
| 48 | | 07/22/14 | Exhibit "A" to Expert Report of Kesrick Grey--Series of emails from late October 2012 between Brett Bloom and Kesrick Grey regarding Account Validation Request/SR 118637444 | |
| 49 | | 07/22/14 | Exhibit "B" to Expert Report of Kesrick Grey--Various Certifications of Completion for Microsoft Certified Technology Specialist for Kesrick Grey | |
| 50 | | 07/22/14 | Terremark "Facility Customer Time Report" from 10/16/12 through 11/30/12 produced by Kesrick Grey | |
| 51 | 10/17/12 | 07/22/14 | Computer Expert Group's Invoice No. 1044 in the amount of $11,199.95 and proof of payment of same | |
| 52 | 10/26/12 | 07/22/14 | Computer Expert Group's Invoice No. 1242 in the amount of $12,259.90 and proof of payment of same | |
| 53 | 10/31/12 | 07/22/14 | Computer Expert Group's Invoice No. 1243 in the amount of $3,997.00 and proof of payment of same | |
| 54 | 11/01/12 | 07/22/14 | Computer Expert Group's Invoice No. 1263 in the amount of $11,199.95 and proof of payment of same | |
| 55 | 12/01/12 | 07/22/14 | Computer Expert Group's Invoice No. 1264 in the amount of $11,199.95 and proof of payment of same | |
| 56 | 01/01/13 | 07/22/14 | Computer Expert Group's Invoice No. 1290 in the amount of $11,199.95 and proof of payment of same | |
| 57 | 02/05/13 | 07/22/14 | Computer Expert Group's Invoice No. 1329 in the amount of $5,000.00 and proof of payment of same | |

Denarii Systems, LLC v. Omar Arab, Greynier Fuentes et al.
Case No. 1:12-cv-24239-JJO

PLAINTIFF'S REVISED EXHIBIT LIST

| No. | Date | Admitted | Description | Bate Range |
|---|---|---|---|---|
| 58 | 03/05/13 | 07/22/14 | Computer Expert Group's Invoice No. 1346 in the amount of $5,000.00 and proof of payment of same | |
| 59 | 04/05/13 | 07/22/14 | Computer Expert Group's Invoice No. 1362 in the amount of $5,000.00 and proof of payment of same | |
| 60 | 05/05/13 | 07/22/14 | Computer Expert Group's Invoice No. 1378 in the amount of $5,000.00 and proof of payment of same | |
| 61 | 06/05/13 | 07/22/14 | Computer Expert Group's Invoice No. 1391 in the amount of $5,000.00 and proof of payment of same | Exhibit A to Third Amended Complaint dated 3/25/14 |
| 62 | 03/19/12 | 07/22/14 | COMPOSITE: Invoices from Blit Technologies to Denarii Systems dated 3/19/12, 6/17/12, 7/05/12, 7/05/12, 10/29/12 | DENARII 0026394-0026396 |
| 63 | 02/27/12 | 07/22/14 | COMPOSITE: Invoices from Optimus Consulting Services to Denarii Systems dated 2/27/12, 3/30/12, 4/30/12, 5/28/12, 6/26/12, 7/28/12, 8/28/12, 9/28/12, 10/29/12 | Exhibit B to Third Amended Complaint dated 3/25/14 |
| 64 | 11/30/11 | 07/22/14 | COMPOSITE: Invoices from CDA Techologia to Denarii Systems dated 11/30/11, 12/30/11, 2/22/12, 5/15/12, 6/11/12, 7/4/12, 8/10/12, 9/05/2, 10/02/12 and proof of payment for each | Exhibit C to Third Amended Complaint dated 3/25/14 |
| 65 | 03/31/12 | 07/22/14 | COMPOSITE: BOA Business Checking Statements (Acct. 8980-4852-1915) for Blit Technologies for the period of 3/19/12 through 12/31/12 | BOA 0000010-0000041 |
| 66 | 06/01/13 | 07/22/14 | BOA Business Signature Card with Substitute Form W-9 for Blit Technologies Corp. Showing signatures of Ernesto Perez Real as President and Dayron Villamar as Authorized Signer | BOA 0000042-0000043 |
| 67 | 03/31/12 | 07/22/14 | COMPOSITE: BOA Deposit and Withdrawal Documents | BOA 0000044-0000048 BOA 00000050-0000058 BOA 0000060-0000064 BOA 0000066 |
| 68 | 05/31/12 | 07/22/14 | BOA Confidential Fulltran Report for work as of 5/24/12 | BOA 0000071-0000073 |
| 69 | 09/07/12 | 07/22/14 | BOA Confidential Fulltran Report for work as of 8/31/12 | BOA 0000068-0000070 |
| 70 | 01/23/12 | 07/22/14 | Wells Fargo Bank Full Transaction Report | WF 0000096 |
| 71 | 02/07/12 | 07/22/14 | Wells Fargo Bank Full Transaction Report | WF 0000097 |
| 72 | 03/27/12 | 07/22/14 | Wells Fargo Bank Full Transaction Report | WF 0000098 |
| 73 | 11/30/12 | 07/22/14 | COMPOSITE: W.F. PMA Checking Acct Statements (Acct. 7220075506) for Omar D. Arab for the period of 5/17/12 through 11/30/12 | WF 0000099-0000132 |
| 74 | 05/17/12 | 07/22/14 | COMPOSITE: W.F. Complete Advantage Checking Acct Statements (Acct. 136413387) for Omar D. Arab for the period of 9/06/11 through 5/17/12 | WF 0000133-0000182 |

Denarii Systems, LLC v. Omar Arab, Greynier Fuentes et al.
Case No. 1:12-cv-24239-JJO

PLAINTIFF'S REVISED EXHIBIT LIST

| No. | Date | Admitted | Description | Bate Range |
|---|---|---|---|---|
| 75 | 04/30/12 | 07/22/14 | COMPOSITE: W.F. Money Market Account Statements (Acct. 1434480420) for Omar D. Arab for the period of 9/06/11 through 4/30/12 | WF 0000183-0000207 |
| 76 | 08/13/12 | 07/22/14 | Wells Fargo Deposit Slip for Omar D. Arab into (Acct. 1434480420), in the amount of $7,000.00 | WF 0000208 |
| 77 | 12/27/13 | 07/22/14 | Declaration of Nikolaos Babalonas as authorized Custodian of Records showing transactions for Omar D. Arab (Acct. 13641338) | WF 0000209 |
| 78 | 11/04/12 | 07/22/14 | COMPOSITE: Wells Fargo Deposit Slips for Omar D. Arab (Acct. 13641338) for time period of 1/10/11 through 11/04/12 | WF 0000210-0000221 |
| 79 | 12/14/12 | 07/22/14 | COMPOSITE: Wells Fargo Visa Statements for Omar D. Arab (Acct. 4426-4414-0347-6888) for the period ending 1/15/12 up and through 12/14/12 | WF 0000222-0000269 |
| 80 | 11/28/11 | 07/22/14 | Wells Fargo Consumer Account Application for Alberto D. Padin | WF 0000005-0000006 DE-12 of Omar Arab |
| 81 | 11/28/11 | 07/22/14 | Wells Fargo Substitute Form W-8BEN for Alberto D. Padin | WF 0000005-0000011 |
| 82 | 04/01/13 | 07/22/14 | Wells Fargo Relationship Change Application for Alberto D. Padin/Silvia E. Rodriguez | WF 0000012-0000014 |
| 83 | 12/06/12 | 07/22/14 | COMPOSITE: Wells Fargo Checking Account Statements (Acct. 7361767861) for Alberto Padin for the period of 12/07/11 through 12/06/12 | WF 0000015-0000055 |
| 84 | 11/08/12 | 07/22/14 | COMPOSITE: Wells Fargo Deposit Slips, Withdrawl Slips and Checks for Alberto Padin/Omar Arab from 1/10/11 through 11/08/12 | WF 0000056-0000087 |
| 85 | 08/15/11 | 07/22/14 | Employment Agreement between Denarii Systems, LLC and Omar Arab executed on August 15, 2011 | DE-2 of Omar Arab |
| 86 | 10/22/12 | 07/22/14 | Termination Letter from Denarii to Omar Arab attaching "Employee Separation Checklist" | DENARII 00069-00078 DE-6 of Omar Arab |
| 87 |  | 07/22/14 | Andrews International Report--Alvarez Files Accessed | DENARII 00229-00366 |
| 88 |  | 07/22/14 | Andrews International Report--Dropbox files deleted by Greynier Fuentes | DENARII 00367-00427 |
| 89 |  | 07/22/14 | (AZAZEL Server) LogMeIn Log for the period of 10/25/12 through 12/01/12 | Native Files Produced |
| 90 |  | 07/22/14 | (AZAZEL Server) Computer: Galactus.denaripro.denarisystems.com (Application-Supplemental_1 Files from 10/21/12 through 11/13/12) | Native Files Produced |
| 91 |  | 07/22/14 | (AZAZEL Server) Computer: PHOENIX.denaripro.denarisystems.com (Application_1 Files from 12/04/12 through 01/01/13) | Native Files Produced |
| 92 |  | 07/22/14 | (AZAZEL Server) Computer: Galactus.denaripro.denarisystems.com (Security Files from 10/29/12 through 11/12/12) | Native Files Produced |
| 93 |  | 07/22/14 | (DENARII08-DC Server) LogMeIn Log for the period of 10/19/12 through 12/31/12 | Native Files Produced |

Denarii Systems, LLC v. Omar Arab, Greynier Fuentes et al.
Case No. 1:12-cv-24239-JJO

**PLAINTIFF'S REVISED EXHIBIT LIST**

| No. | Date Admitted | Description | Bate Range |
|---|---|---|---|
| 94 | 07/22/14 | (DENARII08-DC Server) Computer: Galactus.denariipro.denariisystems.com (Application-Supplemental_1 Files from 10/21/12 through 11/13/12) | Native Files Produced |
| 95 | 07/22/14 | (DENARII08-DC Server) Computer: PHOENIX.denariipro.denariisystems.com (Application_1 Files from 12/04/12 through 01/01/13) | Native Files Produced |
| 96 | 07/22/14 | (DENARII08-DC Server) Computer: Galactus.denariipro.denariisystems.com (Security Files from 10/29/12 through 11/12/12) | Native Files Produced |
| 97 | 07/22/14 | (DENARII10-SQL Server) LogMeIn Logs for the period of 10/19/12 through 1/01/13 | Native Files Produced |
| 98 | 07/22/14 | (PHOENIX Server) LogMeIn Logs for the period of 10/22/12 through 1/01/13 | Native Files Produced |
| 99 | 07/22/14 | (PHOENIX Server) Computer: Galactus.denariipro.denariisystems.com (Application-Supplemental_1 Files from 10/21/12 through 11/13/12) | Native Files Produced |
| 100 | 07/22/14 | (PHOENIX Server) Computer: PHOENIX.denariipro.denariisystems.com (Application_1 Files from 12/04/12 through 01/01/13) | Native Files Produced |
| 101 | 07/22/14 | (PHOENIX Server) Computer: Galactus.denariipro.denariisystems.com (Security Files from 10/29/12 through 11/12/12) | Native Files Produced |
| 102 | 07/22/14 | (SPIDERMAN Server) LogMeIn Log for the period of 10/22/12 through 11/24/12 | Native Files Produced |
| 103 | 07/22/14 | (SPIDERMAN Server) Computer: Galactus.denariipro.denariisystems.com (Application-Supplemental_1 Files from 10/21/12 through 11/13/12) | Native Files Produced |
| 104 | 07/22/14 | (SPIDERMAN Server) Computer: PHOENIX.denariipro.denariisystems.com (Application_1 Files from 12/04/12 through 01/01/13) | Native Files Produced |
| 105 | 07/22/14 | (SPIDERMAN Server) Computer: Galactus.denariipro.denariisystems.com (Security Files from 10/29/12 through 11/12/12) | Native Files Produced |
| 106 | 07/22/14 | (SPIDERMAN Server) Computer: PHOENIX.denariipro.denariisystems.com (System Files from 12/30/12 through 01/01/13) | Native Files Produced |
| 107 | 07/22/14 | (VISION Server) LogMeIn Log for the period of 10/25/12 through 1/01/13 | Native Files Produced |
| 108 | 07/22/14 | (VISION Server) Computer: Galactus.denariipro.denariisystems.com (Application-Supplemental_1 Files from 10/21/12 through 11/13/12) | Native Files Produced |
| 109 | 07/22/14 | (VISION Server) Computer: PHOENIX.denariipro.denariisystems.com (Application_1 Files from 12/04/12 through 01/01/13) | Native Files Produced |
| 110 | 07/22/14 | (VISION Server) Computer: Galactus.denariipro.denariisystems.com (Security Files from 10/29/12 through 11/12/12) | Native Files Produced |
| 111 | 07/22/14 | (VISION Server) Computer: PHOENIX.denariipro.denariisystems.com (System Files from 12/30/12 through 01/01/13) | Native Files Produced |
| 112 | 07/22/14 | (DENARII10-SQL Server) LogMeIn Logs for the period of 10/25/12 through 1/01/13 | Native Files Produced |
| 113 | 07/22/14 | (DENARII07 Server) LogMeIn Logs for the period of 10/29/12 through 11/12/12 | Native Files Produced |
| 114 | 07/22/14 | (DENARII07 Server) Computer: Galactus.denariipro.denariisystems.com (Application-Supplemental_1 Files from 10/21/12 through 11/13/12) | Native Files Produced |

Denarii Systems, LLC v. Omar Arab, Greynier Fuentes et al.
Case No. 1:12-cv-24239-JJO

**PLAINTIFF'S REVISED EXHIBIT LIST**

| No. | Date | Admitted | Description | Bate Range |
|---|---|---|---|---|
| 115 | | 07/22/14 | (DENARII07 Server) Computer: PHOENIX.denariipro.denariisystems.com (Application_1 Files from 12/04/12 through 01/01/13) | Native Files Produced |
| 116 | | 07/22/14 | (DENARII07 Server) Computer: Galactus.denariipro.denariisystems.com (Security Files from 10/29/12 through 11/12/12) | Native Files Produced |
| 117 | | 07/22/14 | (DENARII07 Server) Computer: PHOENIX.denariipro.denariisystems.com (System Files from 12/30/12 through 01/01/13) | Native Files Produced |
| 118 | | 07/22/14 | ecadena-permissions-DASH-OTHER FORMAT Log dated 6/27/13 | Native Files Produced |
| 119 | 06/06/13 | 07/22/14 | Omar Arab's Responses to Plaintiff's First Set of Interrogatories | |
| 120 | 06/06/13 | 07/22/14 | Omar Arab's Responses to Plaintiff's First Request for Admissions | |
| 121 | 06/06/13 | 07/22/14 | Greynier Fuente's Responses to Plaintiff's First Set of Interrogatories | |
| 122 | 06/06/13 | 07/22/14 | Greynier Fuente's Responses to Plaintiff's First Request for Admissions | |
| 123 | 06/27/13 | 07/22/14 | Plaintiff's Responses to Arab Fuentes' First Set of Rule 26.1(g) Interrogatories | |
| 124 | 08/12/13 | 07/22/14 | Plaintiff's Response to Arab and Fuentes' Second Set of Interrogatories | |
| 125 | 8/12/13 | 07/22/14 | Plaintiff's Responses to Arab and Fuentes' First Request for Admissions | |
| 126 | 09/16/13 | 07/22/14 | Omar Arab's Responses to Plaintiff's Second Set of Interrogatories | |
| 127 | 09/16/13 | 07/22/14 | Omar Arab's Responses to Plaintiff's Second Set of Request for Admissions | |
| 128 | 09/16/13 | 07/22/14 | Greynier Fuentes' Responses to Plaintiff's Second Set of Interrogatories | |
| 129 | 09/16/13 | 07/22/14 | Greynier Fuentes' Responses to Plaintiff's Second Set of Request for Admissions | |
| 130 | 10/01/08 | 07/22/14 | Denarii Systems, LLC's Access Security Policy | DENARII 00263860-00263865 |
| 131 | 10/01/12 | 07/22/14 | Microsoft Spreadsheet regarding Service on Denarii Account | |
| 132 | 04/02/13 | 07/22/14 | "Instituto Ecuatoriano de Seguridad Social Procuraduria General Del IESS"--Document officially terminating, by mutual record, the agreement between Denarii and IESS (in Spanish) | DENARII 00263901-00263906 |
| 133 | | 07/22/14 | "Instituto Ecuatoriano de Seguridad Social Procuraduria General Del IESS"--Document officially terminating, by mutual record, the agreement between Denari and IESS (Certified English Translation) | |
| 134 | | 07/22/14 | Transcript of Employees' Meeting No. 1 by Franco Ceruti | [D.E. 130-1] |
| 135 | | 07/22/14 | Transcript of Employees' Meeting No. 2 by Franco Ceruti | [D.E. 130-2] |

Denarii Systems, LLC v. Omar Arab, Greynier Fuentes et al.
Case No. 1:12-cv-24239-JJO

## PLAINTIFF'S REVISED EXHIBIT LIST

| No. | Date Admitted | Description | Bate Range |
|---|---|---|---|
| 136 | 07/22/14 | Transcript of Employees' Meeting No. 3 by Franco Ceruti | [D.E. 130-3] |
| 137 | 07/22/14 | Transcript of Employees' Meeting No. 4 by Franco Ceruti | [D.E. 130-4] |
| | | All pleadings, depsotion transcripts and exhibits and other papers filed with the Court, including, but not limited to, all exhibits submitted to the Court in support of any motion made by any party to this action | |
| | | All electronic or written computer logs produced during discovery process | |
| | | All written discovery and responses thereto exchanged between the parties, including all documents produced in Discovery | |
| | | All exhibits listed on Defendants' exhibit lists | |
| | | All impeachment and/or rebuttal exhibits | |
| | | Plaintiff reserves the right to amend and/or supplement this exhibit list should additional documents become known and/or necessary prior to trial | |

# United States District Court
## Southern District of Florida

Case Number: 12 cv 24239

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

## ☑ NOT SCANNED

- ☐ Due to Poor Quality
- ☐ Bound Extradition Papers
- ☐ Photographs
- ☐ Surety Bond (Original or Letter of Understanding)
- ☐ CD, DVD, VHS Tape, Cassette Tape
- ☑ Other: ~~PAGE 5 OF BOND PAPERS - PERSONAL INFORMATION~~ Exhibits-voluminous

## ☐ SCANNED

- ☐ But Poor Quality
- ☐ Habeas Cases (State Court Record/Transcript)

Date: _____