UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 12-24239-CIV-O'SULLIVAN

DENARII SYSTEMS, LLC,
a Florida Limited Liability Company,

        Plaintiff,

v.

OMAR ARAB,
GREYNIER FUENTES, and
FRANK ALVAREZ, individuals,
        Defendants.
_____/

## VERDICT FORM

On Count I of Plaintiff's Third Amended Complaint, for Violation of Florida's Uniform Trade Secrets Act, please answer the following questions:

1. Do you find by a preponderance of the evidence that Defendant, Omar Arab violated Florida's Uniform Trade Secrets Act?

    __X__ Yes      ____ No

2. Do you find by a preponderance of the evidence that Defendant, Greynier Fuentes violated Florida's Uniform Trade Secrets Act?

    __X__ Yes      ____ No

3. Do you find by a preponderance of the evidence that Defendant, Frank Alvarez violated Florida's Uniform Trade Secrets Act?

    __X__ Yes      ____ No

(If you answered **any** of Questions 1, 2 or 3 with a "yes" answer, please answer Question No. 4. If you answered Questions 1, 2 **and** 3 with a "no" answer, please proceed directly to Question No. 5.)

4. What is the amount of compensatory damages that Denarii Systems, LLC has suffered on its claim for Violation of Florida's Uniform Trade Secrets Act?

$ **38,000**

On Count II of Denarii's Third Amended Complaint, for Violation of the United States Computer Fraud and Abuse Act, please answer the following questions:

5. Do you find by a preponderance of the evidence that Defendant Omar Arab violated the United States Computer Fraud and Abuse Act?

   **X** Yes _____ No

6. Do you find by a preponderance of the evidence that Defendant Greynier Fuentes violated the United States Computer Fraud and Abuse Act?

   **X** Yes _____ No

7. Do you find by a preponderance of the evidence that Defendant Frank Alvarez violated the United States Computer Fraud and Abuse Act?

   **X** Yes _____ No

(If you answered **any** of Questions 5, 6 or 7 with a "yes" answer, please answer Question No. 8, as applicable. If you answered Questions 5, 6 **and** 7 with a "no" answer, please proceed directly to Question No. 9.)

8. What is the amount of compensatory damages that Denarii Systems, LLC has suffered on its claim for Violation of the United States Computer Fraud and Abuse Act:

   against Omar Arab?        $ **5,000**

   against Greynier Fuentes? $ **10,000**

   against Frank Alvarez?    $ **10,000**

On Count III of Denarii's Third Amended Complaint, for Violation of the United States Stored Communications Act, please answer the following questions:

9. Do you find by a preponderance of the evidence that Defendant Omar Arab violated the United States Stored Communications Act?

   _____ Yes   **X** No

10. Do you find by a preponderance of the evidence that Defendant Greynier Fuentes violated the United States Stored Communications Act?

    __X__ Yes      _____ No

(If you answered **either** of Questions 9 or 10 with a "yes" answer, please answer Question No. 11, as applicable. If you answered Questions 9 **and** 10 with a "no" answer, please proceed directly to Question No. 12.)

11. What is the amount of compensatory damages that Denarii Systems, LLC has suffered on its claim for Violation of the United States Stored Communications Act:

    against Omar Arab?         $ __0__

    against Greynier Fuentes?  $ __25,000__

On Count V of Denarii's Third Amended Complaint, for Civil Conspiracy, please answer the following questions:

12. Do you find by a preponderance of the evidence that Defendant Omar Arab engaged in a civil conspiracy with Defendants Greynier Fuentes and/or Frank Alvarez?

    __X__ Yes      _____ No

13. Do you find by a preponderance of the evidence that Defendant Greynier Fuentes engaged in a civil conspiracy with Defendants Omar Arab and/or Frank Alvarez?

    __X__ Yes      _____ No

14. Do you find by a preponderance of the evidence that Defendant Frank Alvarez engaged in a civil conspiracy with Defendants Omar Arab and/or Greynier Fuentes?

    __X__ Yes      _____ No

(If you answered **any** of Questions 12, 13 or 14 with a "yes" answer, please answer Question No. 15. If you answered Questions 12, 13 **and** 14 with a "no" answer, please proceed directly to Question No. 16.)

3

     15. What is the amount of compensatory damages that Denarii Systems, LLC has suffered on its claim for Civil Conspiracy?

$ __53,000__

On Count VI of Denarii's Third Amended Complaint, for Fraud relating to Blit Technologies invoices, please answer the following questions:

     16. Do you find by a preponderance of the evidence that Defendant Omar Arab committed Fraud regarding Blit Technologies and that such Fraud was the legal cause of damages to Denarii?

     __X__ Yes         ____ No

     17. Do you find by a preponderance of the evidence that Defendant Greynier Fuentes committed Fraud regarding Blit Technologies and that such Fraud was the legal cause of damages to Denarii?

     __X__ Yes         ____ No

(If you answered **either** Questions 16 or 17 with a "yes" answer, please answer Question No. 18, as applicable. If you answered Questions 16 **and** 17 with a "no" answer, please proceed directly to Question No. 19.)

     18. What is the amount of compensatory damages that Denarii Systems, LLC has suffered on its claim for Fraud regarding Blit Technologies:

     against Omar Arab?      $ __13,000__

     against Greynier Fuentes?      $ __65,573__

On Count VIII of Denarii's Third Amended Complaint for Fraud regarding Optimus Consulting invoices, please answer the following questions:

     19. Do you find by a preponderance of the evidence that Defendant Omar Arab committed Fraud regarding Optimus Consulting and that such Fraud was the legal cause of damages to Denarii?

     __X__ Yes         ____ No

<u>(If you answered Question 19 with a "yes" answer, please answer Question No. 20. If you answered Question 19 with a "no" answer, please proceed directly to Question No. 21.)</u>

  20. What is the amount of compensatory damages that Denarii Systems, LLC has suffered on its claim for Fraud regarding Optimus Consulting?

    $ __44,406__

On Count IX of Denarii's Third Amended Complaint for Fraud regarding CDA Tecnologia invoices, please answer the following questions:

  21. Do you find by a preponderance of the evidence that Defendant Omar Arab committed Fraud regarding CDA Tecnologia and that such Fraud was the legal cause of damages to Denarii?

    __X__ Yes      ____ No

<u>(If you answered Question 21 with a "yes" answer, please answer Question No. 22. If you answered Question 21 with a "no" answer, please proceed directly to Question No. 23.)</u>

  22. What is the amount of compensatory damages that Denarii Systems, LLC has suffered on its claim for Fraud regarding CDA Tecnologia?

    $ __37,943__

On Denarii's claims for Punitive Damages,

<u>(If you answered "yes" to Question No. 1 or No. 9, please answer Question No. 23. If you answered both Questions No. 1 and No. 9 with a "no" answer, please proceed directly to Question No. 24.)</u>

  23. On Denarii's claims for punitive damages arising from its claims for Violation of Florida's Uniform Trade Secrets Act and/or Violation of the United States Stored Communications Act, do you find by clear and convincing evidence that Defendant, Omar Arab acted with malice, willfulness, or with such reckless indifference of Denarii Systems' rights as to be equivalent to an intentional violation of those rights?

  Regarding the claim for Violation of Florida's Uniform Trade Secrets Act:

    __X__ Yes      ____ No

  Regarding the claim for Violation of the United States Stored Communications Act:

5

_____ Yes        __X__ No

(If you answered "yes" to Question No. 2 or No. 10, please answer Question No. 24. If you answered both Questions No. 2 and No. 10 with a "no" answer, please proceed directly to Question No. 25.)

24. On Denarii's claims for punitive damages arising from its claims for Violation of Florida's Uniform Trade Secrets Act and/or Violation of the United States Stored Communications Act, do you find by clear and convincing evidence that Defendant, Greynier Fuentes acted with malice, willfulness, or with such reckless indifference of Denarii Systems' rights as to be equivalent to an intentional violation of those rights?

Regarding the claim for Violation of Florida's Uniform Trade Secrets Act:

__X__ Yes        _____ No

Regarding the claim for Violation of the United States Stored Communications Act:

__X__ Yes        _____ No

(If you answered "yes" to Question No. 3, please answer Question No. 25. If you answered Question No. 3 with a "no" answer, please proceed directly to Question No. 26.)

25. On Denarii's claim for punitive damages arising from its claim for Violation of Florida's Uniform Trade Secrets Act, do you find by clear and convincing evidence that Defendant, Frank Alvarez acted with malice, willfulness, or with such reckless indifference of Denarii Systems' rights as to be equivalent to an intentional violation of those rights?

__X__ Yes        _____ No

If you answered **any** of Questions 23, 24 **or** 25 with a "yes", please answer No. 26 and 27, as applicable. If you answered Questions 23, 24 **and** 25 with a "no," please proceed directly to Question No. 28.

26. What is the amount of punitive damages that Denarii Systems is entitled to recover on its claim for violation of Florida's Uniform Trade Secrets Act: (This amount may not exceed double the amount contained in the Answer to Question No. 4.)

against Omar Arab?        $ 40,200

against Greynier Fuentes?  $ 15,800

6

  against Frank Alvarez?    $ 20,000

  27. What is the amount of punitive damages that Denarii Systems is entitled to recover on its claim for violation of the United States Stored Communications Act:

   against Omar Arab?    $ 0

   against Greynier Fuentes?    $ 12,500

On Count III of Omar Arab's Counterclaim for Breach of Employment Agreement, please answer the following questions:

  28. Do you find by a preponderance of the evidence that Defendant Omar Arab and Denarii entered into an agreement to compensate Arab in the amount of $10,000 per month?

   _____ Yes    __X__ No

If you answer Question 28 with a "yes,", please proceed to Question No. 29.  If you answer Question 32 with a "no,", please proceed directly to Question No.31.

  29. Do you find by a preponderance of the evidence that Denarii breached this Agreement and that such breach was the legal cause of damages to Omar Arab?

   _____ Yes    _____ No

If you answer Question 29 with a "yes,", please answer Question 30.  If you answer Question 29 with a "no,", please proceed directly to Question No. 31.

  30. What is the amount of compensatory damages that Omar Arab has suffered on his claim for Breach of Employment Agreement?

    $ _____

**If you answered Question No. 28 with a "yes," please skip the next section (Question Nos. 31 and 32) and simply proceed to sign and date this Verdict Form.  If you answered Question No. 28 with a "no", please answer the following additional questions.**

On Count IV of Omar Arab's Counterclaim for Unjust Enrichment, please answer the following questions:

7

31. Do you find by a preponderance of the evidence that Denarii has been unjustly enriched?

_____ Yes   __X__ No

If you answer Question 31 with a "yes,", please answer Question 32. If you answer Question 31 with a "no,", please skip Question No. 32. You may then proceed to sign and date this verdict VForm.

32. What is the amount of compensatory damages that Omar Arab has suffered on his claim for Unjust Enrichment?

$_____

Dated: 8/8/14