# CIVIL CALENDAR/MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### 5TH FLOOR    TIME: 9:00 AM

*Andrea M. Simonton for*

### MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 12-24239-CIV-O'SULLIVAN    Date: August 8, 2014    END: 3:10

Clerk: Cherle R. Griffin    DAR No. _____

Court Reporter: Carly Horenkamp

Title of Case:    DENARII SYSTEMS, LLC V. ARAB, ET AL

P. Attorney(s):    ADAM HALL, COLLEEN SMERYAGE

D. Attorney(s):    KRISTIN DRECKTRAH, RODNEY SMITH, II, ENRIQUE YABOR

Reason for hearing:    JURY Deliberations

Result of hearing:    DAY #5 OF JURY TRIAL HELD. Deliberations held. The jury reached a verdict. Court published the verdict. The jury was polled.