UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-24239-CIV-O'SULLIVAN

DENARII SYSTEMS, LLC,

    Plaintiff,
v.

OMAR ARAB, GREYNIER FUENTES,
and FRANK ALVAREZ, individuals,
and BLIT TECHNOLOGIES CORP.,
a Florida corporation,

    Defendants.
_____/

## AMENDED[1] FINAL JUDGMENT

**THIS ACTION** came on for trial before the undersigned. Pursuant to the return of a jury's verdict in the trial of this matter, it is hereby:

**ORDERED AND ADJUDGED** that

1. A final judgment is entered against Defendant Omar Arab, 485 Brickell Avenue, Apt. 2209, Miami, Florida 33131, and in favor of Plaintiff Denarii Systems, LLC ("Denarii"), 2601 South Bayshore Drive, PH2, Miami, Florida 33133, for a total of $231,918.79, as follows:

    a. $38,000 in compensatory damages for Violation of Florida's Uniform Trade Secrets Act (jointly and severally with Defendants Fuentes and Alvarez);

    b. $5,000 in compensatory damages for Violation of the United States Computer Fraud and Abuse Act;

    c. $53,000 in compensatory damages for civil conspiracy (jointly and severally with Defendants Fuentes and Alvarez);

---

[1] The final judgment is amended to include an award of prejudgment interest with regard to the fraud claims against defendants Arab and Fuentes.

1

   d. $95,349 in compensatory damages and $369.79 in prejudgment interest for fraud; and

   e. $40,200 in punitive damages for Violation of Florida's Uniform Trade Secrets Act.

2. A final judgment is entered against Defendant Greynier Fuentes, 5880 Southwest 2nd Street, Miami, Florida, 33131, and in favor of Denarii for a total of $220,188.12, as follows:

   a. $38,000 in compensatory damages for Violation of Florida's Uniform Trade Secrets Act (jointly and severally with Defendants Arab and Alvarez);

   b. $10,000 in compensatory damages for Violation of the United States Computer Fraud and Abuse Act;

   c. $25,000 in compensatory damages for Violation of the United States Stored Communications Act;

   d. $53,000 in compensatory damages for civil conspiracy (jointly and severally with Defendants Arab and Alvarez);

   e. $65,573 in compensatory damages and $315.12 in prejudgment interest for fraud;

   f. $15,800 in punitive damages for Violation of Florida's Uniform Trade Secrets Act; and

   g. $12,500 in punitive damages for Violation of the United States Stored Communications Act.

3. A final judgment is entered against Defendant Frank Alvarez, 7301 Southwest 6th Street, Miami, Florida 33144, and in favor of Denarii for a total of $121,000.00, as follows:

   a. $38,000 in compensatory damages for Violation of Florida's Uniform Trade Secrets Act (jointly and severally with Defendants Arab and Fuentes);

   b. $10,000 in compensatory damages for Violation of the United States Computer Fraud and Abuse Act;

   c. $53,000 in compensatory damages for civil conspiracy (jointly and severally with Defendants Arab and Fuentes); and

      d. $20,000 in punitive damages for Violation of Florida's Uniform Trade Secrets Act.

4. Furthermore, said sums shall bear post-judgment interest to accrue at the statutory rate from the date of this Final Judgment.

5. A final judgment is entered against Counterplaintiff Omar Arab and in favor of Denarii on Counterplaintiff Arab's claims for breach of employment agreement and unjust enrichment. Counterplaintiff Arab shall take nothing from Counterdefendant Denarii.

6. The Court retains jurisdiction to separately consider and/or award attorney's fees and costs. The Court also retains jurisdiction to enforce the terms of this Final Judgment.

**FOR WHICH LET EXECUTION ISSUE.**

**DONE AND ORDERED** in Chambers at Miami, Florida on this **22nd** day of September, 2014.

                                                              JOHN J. O'SULLIVAN
                                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
*All Counsel of Record*