UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-24239-CIV-O'SULLIVAN
[CONSENT]

DENARII SYSTEMS, LLC,
    Plaintiff,

v.

OMAR ARAB, GREYNIER FUENTES
FRANK ALVAREZ and BLIT
TECHNOLOGIES CORPORATION,
    Defendants.
_____/

# ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Bill of Costs (DE # 219, 9/19/14) and the Plaintiff's Motion for Award of Attorney's Fees (DE # 226, 10/20/14). On October 6, 2014, (DE # 222) and October 7, 2014, (DE # 224), the undersigned issued Orders requiring the defendants to file their responses to the Bill of Costs (DE # 219, 9/19/14) on or before November 5, 2014.  As of the date of this Order, the defendants have not filed responses to the Bill of Costs.  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no responses from the defendants, responses having due, having reviewed the Bill of Costs and the supporting materials submitted by the plaintiff, and having found the request for costs to be reasonable, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion for Bill of Costs (DE # 219, 9/19/14) is GRANTED and the plaintiff is awarded $27,032.30 in costs from the

defendants.  It is further

ORDERED AND ADJUDGED that pursuant to the Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida, the defendants shall file a response to the Plaintiff's Motion for Award of Attorney's Fees (DE # 226, 10/20/14) on or before January 6, 2015.  The failure by the defendants to respond to the Plaintiff's Motion for Award of Attorney's Fees (DE # 226, 10/20/14) on or before January 6, 2015, may result in an Order granting the Plaintiff's Motion for Award of Attorney's Fees (DE # 226, 10/20/14) in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida this **9th** day of December, 2014.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel and pro se parties of record